B3B (Official Form 3B) (12/07)

**United States Bankruptcy Court**
District of Utah

In re  Matthew Crookston
      Angela Crookston
                                        Debtor(s)

Case No.
Chapter  7

FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2012 AUG -3 PM 4: 02
DISTRICT OF UTAH

## APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE
## FOR INDIVIDUALS WHO CANNOT PAY THE FILING FEE IN FULL OR INSTALLMENTS

**Part A. Family Size and Income**

1. Including yourself, your spouse, and dependents you have listed or will list on Schedule I (Current Income of Individual Debtor(s)), how many people are in your family? (Do not include your spouse if you are separated AND are not filing a joint petition).  **6**

2. Restate the following information that you provided, or will provide, on Line 16 of Schedule I. Attach a completed copy of Schedule I, if it is available.

   Total Combined Monthly Income (Line 16 Schedule I):        $    **2,734.07**

3. State the monthly net income, if any, of dependents included in Question 1 above. Do not include any income already reported in Item 2. If none, enter $0.
                                                               $    **0.00**

4. Add the "Total Combined Monthly Income" reported in Question 2 to your dependents' monthly net income from Question 3.
                                                               $    **2,734.07**

5. Do you expect the amount in Question 4 to increase or decrease by more than 10% during the next 6 months? Yes ☐ No ☒
   If yes, explain.

**Part B. Monthly Expenses**

6. EITHER (a) attach a completed copy of Schedule J (Schedule of Monthly Expenses), and state your total monthly expenses reported on Line 18 of that Schedule, OR (b) if you have not yet completed Schedule J, provide an estimate of your total monthly expenses.
                                                               $    **2,246.00**

7. Do you expect the amount in Question 6 to increase or decrease by more than 10% during the next 6 months?  Yes ☐ No ☒
   If yes, explain.

**Part C. Real and Personal Property**
EITHER (1) attach completed copies of Schedules A (Real Property) and Schedule B (Personal Property), OR (2) if you have not yet completed those schedules, answer the following questions.

8. State the amount of cash you have on hand:                  $  **0.00**

9. State below any money you have in savings, checking, or other accounts in a bank or other financial institution.
   Bank or Other Financial Institution\                                              Amount:
   Type of Account such as savings, checking, CD:

   **-NONE-**                                                  $

10. State below the assets owned by you. **Do not list ordinary household furnishings and clothing.**

Home\Other real estate   Address:                    Value:    $       **0.00**
                         Home
                         Location: 2538 s 75 e, Clearfield UT
                         84015                       Amount owed on mortgages and liens:  $   **140,144.72**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                           Best Case Bankruptcy

B3B (Official Form 3B) (12/07)-- Cont.

| | | | |
|---|---|---|---|
| Motor Vehicle | Model/Year:<br>**1998 chevy malibu** | Value:<br>Amount owed: | $ 850.00<br>$ 0.00 |
| Motor Vehicle | Model/Year:<br>**2005 SUZUKI 400 ATV**<br>**Location: 2538 s 75 e, Clearfield UT 84015** | Value:<br>Amount owed: | $ 3,799.00<br>$ 0.00 |
| Other | Description | Value:<br>Amount owed: | $<br>$ |

11. State below any person, business, organization, or governmental unit that owes you money and the amount that is owed.

Name of Person, Business, or Organization that Owes you money     Amount Owed

$
$

**Part D. Additional Information.**

12. Have you paid an **attorney** any money for services in connection with this case, including the completion of this form, the bankruptcy petition, or schedules? Yes ☐ No ☒
    If yes, how much have you paid? $ **0.00**

13. Have you promised to pay or do you anticipate paying an **attorney** in connection with your bankruptcy case? Yes ☐ No ☒
    If yes, how much have you promised to pay or do you anticipate paying? $ **0.00**

14. Have you paid **anyone other than an attorney** (such as a bankruptcy petition preparer, paralegal, typing service, or another person) any money for services in connection with this case, including the completion of this form, the bankruptcy petition, or schedules? Yes ☐ No ☒
    If yes, how much have you paid? $ **0.00**

15. Have you promised to pay or do you anticipate paying **anyone other than an attorney** (such as a bankruptcy petition preparer, paralegal, typing service, or another person) any money for services in connection with this case, including the completion of this form, the bankruptcy petition, or schedules? Yes ☐ No ☒
    If yes, how much have you promised to pay or do you anticipate paying? $ **0.00**

16. Has anyone paid an attorney or other person or service in connection with this case, on your behalf? Yes ☐ No ☒
    If yes, explain.

17. Have you previously filed for bankruptcy relief during the past eight years? Yes ☐ No ☒

| Case Number (if known) | Year filed | Location of filing | Did you obtain a discharge? (if known) |
|---|---|---|---|
| **-NONE-** | | | Yes    No    Don't Know |

18.    Please provide any other information that helps to explain why you are unable to pay the filing fee in installments.

B3B (Official Form 3B) (12/07)-- Cont.

19. I (we) declare under penalty of perjury that I (we) cannot currently afford to pay the filing fee in full or in installments and that the foregoing information is true and correct.

Date  **July 24, 2012**            Signature  *[signature]*
                                              **Matthew Crookston**
                                              Debtor

Date  **July 24, 2012**            Signature  *[signature]*
                                              **Angela Crookston**
                                              Joint Debtor