**Form 282**[Order Denying Application for Waiver of Ch 7 Filing Fee]

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re:
    Matthew Crookston and Angela Crookston
         Debtor(s).

Case No: 12–29998 JTM

Chapter 7

Judge: Joel T. Marker

## ORDER DENYING APPLICATION
## FOR WAIVER OF CHAPTER 7 FILING FEE

The Court, having reviewed the Application for Waiver of the Chapter 7 Filing Fee, finds that the Debtor(s) has not met the burden to show that: 1) the Debtor(s) income is less than 150 percent of the official poverty line described in 28 U.S.C. § 1930(f)(1) and 2) the Debtor(s) is otherwise unable to pay the filing fee in full.

Therefore, it is hereby

**ORDERED**, that the Application for Waiver of the Chapter 7 Filing Fee is **DENIED**; and it is further

**ORDERED**, that the Debtor(s) shall, by August 27, 2012, either pay the filing fee of $306.00 in full or file an Application to Pay Filing Fee in Installments, or the case shall be dismissed.

Dated: August 10, 2012

*/s/ J T Marker*

United States Bankruptcy Judge   (5)

United States Bankruptcy Court
District of Utah

In re: Case No. 12-29998-JTM
Matthew Crookston Chapter 7
Angela Crookston
     Debtors

# CERTIFICATE OF NOTICE

District/off: 1088-2     User: kas     Page 1 of 2     Date Rcvd: Aug 10, 2012
                      Form ID: f282    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2012.
db/jdb       +Matthew Crookston, Angela Crookston, 2538 South 75 East, Clearfield, UT 84015-1949

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 12, 2012**                           **Signature:** _/s/ Joseph Speetjens_

```
District/off: 1088-2           User: kas                  Page 2 of 2                  Date Rcvd: Aug 10, 2012
                               Form ID: f282              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2012 at the address(es) listed below:
          Elizabeth R. Loveridge tr    eloveridge@wklawpc.com,
           rchristensen@wklawpc.com;eloveridge@ecf.epiqsystems.com
          United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                             TOTAL: 2

Case 12-29998    Doc 8    Filed 08/12/12    Entered 08/12/12 23:20:49    Desc Imaged
Certificate of Notice    Page 3 of 3