**Form 206**[ODSM Fees Not Paid][IFP ONLY]

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re:

    Matthew Crookston and Angela Crookston

    Debtor(s).

Case No. 12–29998 JTM
Chapter 7

## ORDER OF DISMISSAL

The debtor(s) have failed to comply with the Court's Order Denying Waiver of Filing Fees which required the debtor(s) to either pay the filing fee in full or, within fourteen (14) days, file an Application to Pay Fees in Installments. Accordingly, it is hereby ORDERED that this case is dismissed. Outstanding filing fees are still due and owing to the Court.

Dated and Entered on: August 30, 2012

*/s/ J T Marker*

United States Bankruptcy Judge  (5)

```
                          United States Bankruptcy Court
                                 District of Utah
In re:                                                        Case No. 12-29998-JTM
Matthew Crookston                                             Chapter 7
Angela Crookston
         Debtors                 CERTIFICATE OF NOTICE
District/off: 1088-2         User: bjl                    Page 1 of 3                    Date Rcvd: Aug 30, 2012
                             Form ID: f206                Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2012.
db/jdb       +Matthew Crookston,   Angela Crookston,   2538 South 75 East,   Clearfield, UT 84015-1949
8432921      +ALLIED INTERSTATE INC.,   3000 CORPORATE EXCHANGE DR,   Columbus, OH 43231-7684
8432922      +AMERICA FIRST CREDIT UNION,   1344 W 4675 S,   RIVERDALE, UT 84405-3690
8432923      +AMERICA FIRST CREDIT UNION,   P0 BOX 9199,   Ogden, UT 84409-0199
8432925      +Angela Crookston,   2538 s 75 e,   Clearfield, UT 84015-1949
8432926       BAC HOME LNS LP/CTRYWDE,   450 AMERICAN ST,   Simi Valley, CA 93065-6285
8432927       BANK OF AMERICA,   450 AMERICAN ST,   Simi Valley, CA 93065-6285
8432929       BONNEVILLE BILLING,   2627 WASHINGTON BLVD,   Ogden, UT 84401-3613
8432931       CASH LLC,   4340 S MONACO ST,   Denver, CO 80237-3485
8432933       CHASE,   P0 BOX 24696,   Columbus, OH 43224-0696
8432934       CHASE CARD SERVICES,   P0 BOX 15298,   Wilmington, DE 19850,   CHILDRENS PL/CESD,   P0 BOX 6497,
                Sioux Falls, SD 57117-6497
8432935      +CITI BANK,   P0 BOX 469100,   Escondido, CA 92046-9100
8432939      +ER SOLUTIONS,   800 SW 39TH ST,   Renton, WA 98057-4975
8432948      +INTERMOUNTAIN HEALTH CARE,   4646 LAKE PARK BLVD,   Salt Lake City, UT 84120-8212
8432953      +RICHARDS, KIMBLE,& WINN,   2040 E MURRY-HOLLADAY RD SUITE 106,   Salt Lake City, UT 84117-5179
8432954      +STONELEIGH RECOVERY ASSOCIATES,   PC BOX 1479,   Lombard, IL 60148-8479
8432955      +THE BUREAUS,   1717 CENTRAL ST,   Evanston, IL 60201-1590

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            EDI: QERLOVERIDGE.COM Aug 31 2012 02:01:00      Elizabeth R. Loveridge tr,   Woodbury & Kesler,
               265 East 100 South,   Suite 300,   P.O. Box 3358,   Salt Lake City, UT 84110-3358
8432924       EDI: AMEREXPR.COM Aug 31 2012 01:53:00      AMERICAN EXPRESS,   P0 BOX 981537,
               El Paso, TX 79998-1537
8432928      +EDI: HFC.COM Aug 31 2012 01:53:00      BEST BUY,   1405 FOULK ROAD,   Wilmington, DE 19803-2769
8432930       EDI: CAPITALONE.COM Aug 31 2012 01:53:00      CAPITAL ONE,   P0 BOX 30281,
               Salt Lake City, UT 84130-0281
8432932       EDI: SEARS.COM Aug 31 2012 01:53:00      CBUSASEARS,   8725 W SAHARA AVE,
               The Lakes, NV 89163-0001
8432936       EDI: CITICORP.COM Aug 31 2012 01:53:00      CITICARDS CBNA,   P0 BOX 6241,
               Sioux Falls, SD 57117-6241
8432937      +EDI: DISCOVER.COM Aug 31 2012 01:53:00      DISCOVER FINANCIAL SVCS LLC,   P0 BOX 15316,
               Wilmington, DE 19850-5316
8432938       EDI: WFNNB.COM Aug 31 2012 01:53:00      EDDIE BAUER,   P0 BOX 182789,   Columbus, OH 43218-2789
8432940      +E-mail/Text: bankruptcy@expressrecovery.com Aug 31 2012 02:27:44      EXPRESS RECOVERY,
               3782 W 2340 S STE B,   Salt Lake City, UT 84120-7295
8432941       EDI: RMSC.COM Aug 31 2012 01:53:00      GECRB/JC PENNYS,   P0 BOX 965008,   Orlando, FL 32896-5008
8432942       EDI: RMSC.COM Aug 31 2012 01:53:00      GECRB/LOWES,   P0 BOX 965005,   Orlando, FL 32896-5005
8432943      +EDI: RMSC.COM Aug 31 2012 01:53:00      GECRB/MERVYNS,   P0 BOX 981400,   El Paso, TX 79998-1400
8432944      +EDI: RMSC.COM Aug 31 2012 01:53:00      GECRB/OLD NAVY,   P0 BOX 981400,   El Paso, TX 79998-1400
8432945       EDI: RMSC.COM Aug 31 2012 01:53:00      GECRB/ULTIMATE ELECTRONICS,   C/C PO BOX 965036,
               Orlando, FL 32896-5036
8432946      +EDI: HFC.COM Aug 31 2012 01:53:00      HSBC SUZUKI REV,   PO BOX 703,   Wood Dale, IL 60191-0703
8432947       EDI: ICSYSTEM.COM Aug 31 2012 01:59:00      IC SYSTEMS,   444 HIGHWAY 96 E,
               Saint Paul, MN 55127-2557
8432949       EDI: CBSKOHLS.COM Aug 31 2012 01:53:00      KOHL S,   PC BOX 3115,   Milwaukee, WI 53201-3115
8432950       EDI: TSYS2.COM Aug 31 2012 01:53:00      MACYS/DSNB,   PO BOX 8218,   Mason, OH 45040-8218
8432951       EDI: WFNNB.COM Aug 31 2012 01:53:00      NEW YORK AND COMPANY,   PO BOX 182789,
               Columbus, OH 43218-2789
8432952      +EDI: HFC.COM Aug 31 2012 01:53:00      OFFICE MAX,   26525 NORTH RIVERWOODS BLVD,
               Lake Forest, IL 60045-3438
8432956       EDI: CITICORP.COM Aug 31 2012 01:53:00      THE HOME DEPOT,   PC BOX 6497,
               Sioux Falls, SD 57117-6497
8432957       EDI: WFFC.COM Aug 31 2012 01:53:00      WELLS FARGO,   4143 121ST,   Urbandale, IA 50323-2310
                                                                                              TOTAL: 22

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 1088-2           User: bjl              Page 2 of 3            Date Rcvd: Aug 30, 2012
                               Form ID: f206          Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 01, 2012**            **Signature:**   /s/ Joseph Speetjens

```
District/off: 1088-2          User: bjl              Page 3 of 3             Date Rcvd: Aug 30, 2012
                              Form ID: f206          Total Noticed: 39
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2012 at the address(es) listed below:

         Elizabeth R. Loveridge tr    eloveridge@wklawpc.com, rchristensen@wklawpc.com;eloveridge@ecf.epiqsystems.com
         United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

                                                                                               TOTAL: 2