**Form 242**[Memo Re: Dism Case Fees Due]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| | |
|---|---|
| In re:<br>   Matthew Crookston and Angela Crookston<br>               Debtor(s). | Case No. 12–29998 JTM<br>Chapter 7 |

MEMORANDUM RE: FEES DUE

Pursuant to 28 U.S.C. § 1930(a) and (b), you are required to pay a fee as follows:

Clerk's Notice of Case Filing Fees Due. Amount Due: $306.00. (bjl)

The unpaid balance for the voluntary petition and/or any other outstanding fees is still due and owing for this dismissed case. The fees should be paid in full within fourteen (14) days from the date of this notice payable to the Clerk of Court for United States Bankruptcy Court for the District of Utah at 350 South Main Street, Room 301, Salt Lake City, Utah 84101. If you are a registered e–filer with the court, unpaid fees may result in the suspension of your electronic account.

Dated: August 30, 2012

David A. Sime
Clerk of Court

```
                        United States Bankruptcy Court
                               District of Utah
```

In re:                                                         Case No. 12-29998-JTM
Matthew Crookston                                              Chapter 7
Angela Crookston
       Debtors

# CERTIFICATE OF NOTICE

District/off: 1088-2          User: bjl              Page 1 of 2              Date Rcvd: Aug 30, 2012
                              Form ID: f242          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2012.
db/jdb         +Matthew Crookston,   Angela Crookston,   2538 South 75 East,   Clearfield, UT 84015-1949

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 01, 2012**                 **Signature:**    _Joseph Speetjens_

```
District/off: 1088-2           User: bjl                  Page 2 of 2              Date Rcvd: Aug 30, 2012
                               Form ID: f242              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2012 at the address(es) listed below:
        Elizabeth R. Loveridge tr    eloveridge@wklawpc.com,
         rchristensen@wklawpc.com;eloveridge@ecf.epiqsystems.com
        United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                                             TOTAL: 2