Print Form

Motion Prepared and Submitted by the following **UNREPRESENTED DEBTOR**:

Name: Matthew & Angela Crookston

Address: 2538 S 75 E
Clearfield, UT 84015

Phone No.: 801-309-5847

FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2012 SEP -7 PM 12:54
DISTRICT OF UTAH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

In re:

Matthew & Angela Crookston

Debtor(s).

Bankruptcy Number 12-29998

Chapter 7

MOTION TO Vacat Dismissal

The Debtor(s) hereby move(s) the Court for an Order to Reopen Case,

for the following reasons:

1. We thought we had applied for payment arrangements. We were waiting to hear what our payments would be.
2. 
3. 

Dated this 6 day of Sept, 2012

_____
Unrepresented Debtor
Matthew / Angela Crookston