Notice of Hearing Prepared and Submitted by the following **UNREPRESENTED DEBTOR**:

Name: MATTHEW & ANGELA CROOKSTON

Address: 2538 S 75 E
CLEARFIELD, UT 84015

Phone No.: ~~12-29998~~ 801-309-5847

FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2012 SEP -7 PM 12:54
DISTRICT OF UTAH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

In re:

MATTHEW & ANGELA CROOKSTON

Debtor(s).

Bankruptcy Number 12-29998

Chapter 7

NOTICE OF HEARING

Notice is hereby given that Debtor'(s) attached Motion shall be heard on OCT 10TH, 2012 at 10:30am before the Honorable JUDGE MARKER at

350 S MAIN. SALT LAKE CITY, UT 84111

Dated this 6 day of SEPT, 2012

_____
Unrepresented Debtor         Angela Crookston



Certificate of Service:

I certify that on SEPT 7, 12, I mailed a copy of the foregoing Motion and Notice of Hearing to the following parties:

All parties on the attached mailing matrix.

ELIZABETH R LOVERIDGE
265 E 100 S. #300
SLC, UT 84111
Trustee

US TRUSTEE
405 S. MAIN ST #300
SLC, UT 84111
United States Trustee

_____ Angela Crookston
Unrepresented Debtor

12-2998

ALLIED INTERSTATE INC.
3000 CORPORATE EXCHANGE DR
Columbus, OH 43231-7689

AMERICA FIRST CREDIT UNION
1344 W 4675 S
RIVERDALE, UT 84409

AMERICA FIRST CREDIT UNION
PO BOX 9199
Ogden, UT 84409

AMERICAN EXPRESS
PO BOX 981537
El Paso, TX 79998-1537

Angela Crookston
2538 s 75 e
Clearfield, UT 84015

BAC HOME LNS LP/CTRYWDE
450 AMERICAN ST
Simi Valley, CA 93065-6285

BANK OF AMERICA
450 AMERICAN ST
Simi Valley, CA 93065-6285

BEST BUY
1405 FOULK ROAD
Wilmington, DE 19808

BONNEVILLE BILLING
2627 WASHINGTON BLVD
Ogden, UT 84401-3613

CAPITAL ONE
PO BOX 30281
Salt Lake City, UT 84130-0281

CASH LLC
4340 S MONACO ST
Denver, CO 80237-3485

CBUSASEARS
8725 W SAHARA AVE
The Lakes, NV 89163-0001

CHASE
PO BOX 24696
Columbus, OH 43224-0696

CHASE CARD SERVICES
PO BOX 15298
Wilmington, DE 19850

```
CHILDRENS PL/CBSD
PO BOX 6497
Sioux Falls, SD 57117-6497

CITICARDS CBNA
PO BOX 6241
Sioux Falls, SD 57117-6241

DISCOVER FINANCIAL SVCS LLC
PO BOX 15316
Wilmington, DE 19850

EDDIE BAUER
PO BOX 182789
Columbus, OH 43218-2789

EXPRESS RECOVERY
3782 W 2340 S STE B
Salt Lake City, UT 84120

GECRB/JC PENNYS
PO BOX 965008
Orlando, FL 32896-5008

GECRB/LOWES
PO BOX 965005
Orlando, FL 32896-5005

GECRB/MERVYNS
PO BOX 981400
El Paso, TX 79998

GECRB/OLD NAVY
PO BOX 981400
El Paso, TX 79998

GECRB/ULTIMATE ELECTRONICS
C/O PO BOX 965036
Orlando, FL 32896-5036

HSBC SUZUKI REV
PO BOX 703
Wood Dale, IL 60191

IC SYSTEMS
444 HIGHWAY 96 E
Saint Paul, MN 55127-2557

INTERMOUNTAIN HEALTH CARE
4646 LAKE PARK BLVD
Salt Lake City, UT 84120

KOHLS
PO BOX 3115
Milwaukee, WI 53201-3115
```

```
MACYS/DSNB
PO BOX 8218
Mason, OH 45040-8218

NEW YORK AND COMPANY
PO BOX 182789
Columbus, OH 43218-2789

OFFICE MAX
26525 NORTH RIVERWOODS BLVD
Lake Forest, IL 60045

RICHARDS, KIMBLE, & WINN
2040 E MURRY-HOLLADAY RD SUITE 106
Salt Lake City, UT 84117

THE BUREAUS
1717 CENTRAL ST
Evanston, IL 60201-1507

THE HOME DEPOT
PO BOX 6497
Sioux Falls, SD 57117-6497

WELLS FARGO
4143 121ST
Urbandale, IA 50323-2310
```