**The below described is SIGNED.**

**Dated: October 17, 2012**

**JOEL T. MARKER**
**U.S. Bankruptcy Judge**



# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankruptcy Number: 12-29998 |
| MATTHEW CROOKSTON and ANGELA CROOKSTON, | Chapter 7 |
| Debtors. | Judge Joel T. Marker |

### ORDER GRANTING MOTION TO VACATE DISMISSAL

On September 7, 2012, the Debtors filed a Motion to Vacate Dismissal, which was based on a failure to pay the filing fees. The Debtors set the matter for hearing on October 10, 2012, and provided notice to all parties in interest. Based on the Debtors' representations in the Motion and at the hearing, it is hereby **ORDERED** that:

1. the Motion is GRANTED;

2. the balance of the filing fees is due by October 24, 2012;

3. the § 341 meeting of creditors for the Debtor shall be rescheduled; and

4. the deadline to object to the Debtors' discharge under 11 U.S.C. §§ 523 and 727 shall be extended until 60 days from rescheduled meeting of creditors.

_____End of Document_____

\_\_\_\_\_ooo0ooo\_\_\_\_\_

## SERVICE LIST

Service of the foregoing **ORDER GRANTING MOTION TO VACATE DISMISSAL** will be effected through the Bankruptcy Noticing Center to each party on the official mailing matrix.

