**The below described is SIGNED.**

**Dated: October 17, 2012** 

**JOEL T. MARKER
U.S. Bankruptcy Judge**



# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy Number: 12-29998 |
|---|---|
| MATTHEW CROOKSTON and ANGELA CROOKSTON, | Chapter 7 |
| Debtors. | Judge Joel T. Marker |

### ORDER GRANTING MOTION TO VACATE DISMISSAL

On September 7, 2012, the Debtors filed a Motion to Vacate Dismissal, which was based on a failure to pay the filing fees. The Debtors set the matter for hearing on October 10, 2012, and provided notice to all parties in interest. Based on the Debtors' representations in the Motion and at the hearing, it is hereby **ORDERED** that:

1. the Motion is GRANTED;

2. the balance of the filing fees is due by October 24, 2012;

3. the § 341 meeting of creditors for the Debtor shall be rescheduled; and

4. the deadline to object to the Debtors' discharge under 11 U.S.C. §§ 523 and 727 shall be extended until 60 days from rescheduled meeting of creditors.

_____End of Document_____

Entered On Docket: 10/17/2012

_____ooo0ooo_____

## SERVICE LIST

      Service of the foregoing **ORDER GRANTING MOTION TO VACATE DISMISSAL** will be effected through the Bankruptcy Noticing Center to each party on the official mailing matrix.



2

```
                       United States Bankruptcy Court
                             District of Utah

In re:                                                    Case No. 12-29998-JTM
Matthew Crookston                                         Chapter 7
Angela Crookston
         Debtors              CERTIFICATE OF NOTICE

District/off: 1088-2       User: gci           Page 1 of 3         Date Rcvd: Oct 17, 2012
                           Form ID: pdfor1     Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2012.
db/jdb      +Matthew Crookston,   Angela Crookston,   2538 South 75 East,   Clearfield, UT 84015-1949
aty         +Patti H. Bass,   3936 E. Ft. Lowell Road,   Suite 200,   Tucson, AZ 85712-1083
tr           Elizabeth R. Loveridge tr,   Woodbury & Kesler,   265 East 100 South,   Suite 300,
             P.O. Box 3358,   Salt Lake City, UT  84110-3358
8432921     +ALLIED INTERSTATE INC.,   3000 CORPORATE EXCHANGE DR,   Columbus, OH 43231-7684
8432922     +AMERICA FIRST CREDIT UNION,   1344 W 4675 S,   RIVERDALE, UT 84405-3690
8432923     +AMERICA FIRST CREDIT UNION,   P0 BOX 9199,   Ogden, UT 84409-0199
8432924      AMERICAN EXPRESS,   P0 BOX 981537,   El Paso, TX 79998-1537
8432925     +Angela Crookston,   2538 s 75 e,   Clearfield, UT 84015-1949
8432926      BAC HOME LNS LP/CTRYWDE,   450 AMERICAN ST,   Simi Valley, CA 93065-6285
8432927      BANK OF AMERICA,   450 AMERICAN ST,   Simi Valley, CA 93065-6285
8432928     +BEST BUY,   1405 FOULK ROAD,   Wilmington, DE 19803-2769
8432929      BONNEVILLE BILLING,   2627 WASHINGTON BLVD,   Ogden, UT 84401-3613
8432930      CAPITAL ONE,   P0 BOX 30281,   Salt Lake City, UT 84130-0281
8432931      CASH LLC,   4340 S MONACO ST,   Denver, CO 80237-3485
8432932      CBUSASEARS,   8725 W SAHARA AVE,   The Lakes, NV 89163-0001
8432933      CHASE,   P0 BOX 24696,   Columbus, OH 43224-0696
8432934      CHASE CARD SERVICES,   P0 BOX 15298,   Wilmington, DE 19850,   CHILDRENS PL/CESD,   P0 BOX 6497,
             Sioux Falls, SD 57117-6497
8432935     +CITI BANK,   P0 BOX 469100,   Escondido, CA 92046-9100
8432936      CITICARDS CBNA,   P0 BOX 6241,   Sioux Falls, SD 57117-6241
8508017     +Capital One, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
             Tucson, AZ 85712-1083
8432938      EDDIE BAUER,   P0 BOX 182789,   Columbus, OH 43218-2789
8432939     +ER SOLUTIONS,   800 SW 39TH ST,   Renton, WA 98057-4975
8432948     +INTERMOUNTAIN HEALTH CARE,   4646 LAKE PARK BLVD,   Salt Lake City, UT 84120-8212
8432950      MACYS/DSNB,   PO BOX 8218,   Mason, OH 45040-8218
8432951      NEW YORK AND COMPANY,   PO BOX 182789,   Columbus, OH 43218-2789
8432952     +OFFICE MAX,   26525 NORTH RIVERWOODS BLVD,   Lake Forest, IL 60045-3438
8432953     +RICHARDS, KIMBLE,& WINN,   2040 E MURRY-HOLLADAY RD SUITE 106,   Salt Lake City, UT 84117-5179
8432954     +STONELEIGH RECOVERY ASSOCIATES,   PC BOX 1479,   Lombard, IL 60148-8479
8432955     +THE BUREAUS,   1717 CENTRAL ST,   Evanston, IL 60201-1590
8432956      THE HOME DEPOT,   PC BOX 6497,   Sioux Falls, SD 57117-6497
8432957      WELLS FARGO,   4143 121ST,   Urbandale, IA 50323-2310

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: ustpregion19.sk.ecf@usdoj.gov Oct 18 2012 01:47:42     United States Trustee,
             Ken Garff Bldg.,   405 South Main Street,   Suite 300,   Salt Lake City, UT 84111-3402
8432937     +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 18 2012 02:24:24     DISCOVER FINANCIAL SVCS LLC,
             P0 BOX 15316,   Wilmington, DE 19850-5316
8432940     +E-mail/Text: bankruptcy@expressrecovery.com Oct 18 2012 01:47:18     EXPRESS RECOVERY,
             3782 W 2340 S STE B,   Salt Lake City, UT 84120-7295
8432941      E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2012 01:56:44     GECRB/JC PENNYS,   P0 BOX 965008,
             Orlando, FL 32896-5008
8432942      E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2012 01:54:31     GECRB/LOWES,   P0 BOX 965005,
             Orlando, FL 32896-5005
8432943     +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2012 01:54:31     GECRB/MERVYNS,   P0 BOX 981400,
             El Paso, TX 79998-1400
8432944     +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2012 01:54:32     GECRB/OLD NAVY,   P0 BOX 981400,
             El Paso, TX 79998-1400
8432945      E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2012 01:54:45     GECRB/ULTIMATE ELECTRONICS,
             C/C PO BOX 965036,   Orlando, FL 32896-5036
8432947      E-mail/Text: Bankruptcy@icsystem.com Oct 18 2012 02:36:01     IC SYSTEMS,   444 HIGHWAY 96 E,
             Saint Paul, MN 55127-2557
8432949      E-mail/Text: bnckohlsnotices@becket-lee.com Oct 18 2012 01:40:22     KOHL S,   PC BOX 3115,
             Milwaukee, WI 53201-3115
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
bpp          Nectara Moldoveanu
cr*         +Capital One, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
             Tucson, AZ 85712-1083
8432946     ##+HSBC SUZUKI REV,   PO BOX 703,   Wood Dale, IL 60191-0703
                                                                            TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 1088-2            User: gci                   Page 2 of 3                    Date Rcvd: Oct 17, 2012
                                Form ID: pdfor1             Total Noticed: 41

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 19, 2012**                    **Signature:**        /s/ Joseph Speetjens

```
District/off: 1088-2           User: gci                  Page 3 of 3                   Date Rcvd: Oct 17, 2012
                               Form ID: pdfor1            Total Noticed: 41


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2012 at the address(es) listed below:
              Elizabeth R. Loveridge tr    eloveridge@wklawpc.com,
               rchristensen@wklawpc.com;eloveridge@ecf.epiqsystems.com
              Patti H. Bass   on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                             TOTAL: 3
```