FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2013 JAN -4 PM 12: 02
DISTRICT OF UTAH

Certificate Number: 06531-UT-DE-019980213

Bankruptcy Case Number: 12-29998

06531-UT-DE-019980213

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 4, 2013</u>, at <u>11:02</u> o'clock <u>AM CST</u>, <u>Matthew Crookston</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Utah</u>.

Date:   <u>January 4, 2013</u>         By:   <u>/s/Lea May Sorino</u>

                                    Name:  <u>Lea May Sorino</u>

                                    Title: <u>Credit Counselor</u>

Certificate Number: 06531-UT-DE-019980214

Bankruptcy Case Number: 12-29998



06531-UT-DE-019980214

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 4, 2013</u>, at <u>11:02</u> o'clock <u>AM CST</u>, <u>Angela Crookston</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Utah</u>.

Date:   <u>January 4, 2013</u>          By:     <u>/s/Lea May Sorino</u>

                                      Name:   <u>Lea May Sorino</u>

                                      Title:  <u>Credit Counselor</u>