UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

In Re:

Matthew and Angela Crookston ,
Debtor(s)

Case No. 12-29998

Chapter 7

PART E: MOTION FOR COURT APPROVAL
*(To be completed and filed only if the debtor is not represented by an attorney in negotiating the reaffirmation agreement.)*

### MOTION FOR COURT APPROVAL OF REAFFIRMATION AGREEMENT

I (we), the debtor(s), affirm the following to be true and correct:

I am not represented by an attorney in connection with this reaffirmation agreement.

I believe this reaffirmation agreement is in my best interest based on the income and expenses I have disclosed in my Statement in Support of this reaffirmation agreement, and because (provide any additional relevant reasons the Court should consider):

_____
_____
_____

Therefore, I ask the Court for an order approving this reaffirmation agreement.

Signed: _____
            (Debtor)

Signed: _____
            (Joint debtor, if any)

Date: 1-7-13