**[Form 292]** [Ntc of Hrg BK]

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re:
    Matthew Crookston and Angela Crookston
        Debtor(s).

Case No. 12–29998 JTM

Chapter 7

## NOTICE OF HEARING ON
## MOTION FOR APPROVAL OF REAFFIRMATION AGREEMENT

NOTICE IS HEREBY GIVEN that the Court shall consider the Debtor(s)' Motion for Court Approval of Reaffirmation Agreement at a hearing before the Honorable R. Kimball Mosier, United States Bankruptcy Judge, on March 6, 2013, at 09:00 AM

at U. S. Bankruptcy Court, Rm 369, 350 South Main, Salt Lake City, UT 84101.

Dated: January 23, 2013

                                        David A. Sime
                                        Clerk of Court   (20)

United States Bankruptcy Court
District of Utah

In re:                                                                    Case No. 12-29998-JTM
Matthew Crookston                                                         Chapter 7
Angela Crookston
        Debtors

# CERTIFICATE OF NOTICE

District/off: 1088-2           User: jwg              Page 1 of 2           Date Rcvd: Jan 23, 2013
                               Form ID: f292          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2013.
db/jdb         +Matthew Crookston,   Angela Crookston,   2538 South 75 East,   Clearfield, UT 84015-1949
8432923        +AMERICA FIRST CREDIT UNION,   PO BOX 9199,   Ogden, UT 84409-0199

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion19.sk.ecf@usdoj.gov Jan 24 2013 03:08:46     United States Trustee,
                 Ken Garff Bldg.,   405 South Main Street,   Suite 300,   Salt Lake City, UT 84111-3402
                                                                                                 TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 25, 2013**              **Signature:**  _Joseph Speetjens_

```
District/off: 1088-2           User: jwg                  Page 2 of 2                  Date Rcvd: Jan 23, 2013
                               Form ID: f292              Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2013 at the address(es) listed below:

         David L. Miller tr   davidlmillerpc@msn.com, ut09@ecfcbis.com;dlm@trustesolutions.com;dlm@trustesolutions.net
         Patti H. Bass   on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
         United States Trustee   USTPRegion19.SK.ECF@usdoj.gov

                                                                     TOTAL: 3