# NOTICE OF ASSETS AND DEADLINE TO FILE A PROOF OF CLAIM

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH**

Honorable Joel T. Marker, U.S. Bankruptcy Judge

| | |
|---|---|
| CASE NUMBER: 12−29998 | DATE FILED (OR CONVERTED): 8/3/12 |
| NAME OF DEBTOR(S):<br>Matthew Crookston, xxx−xx−1936<br>Angela Crookston, xxx−xx−2240 | ADDRESS OF DEBTOR:<br>2538 South 75 East<br>Clearfield, UT 84015 |
| DEBTOR'S ATTORNEY:<br>Matthew Crookston<br>2538 South 75 East<br>Clearfield, UT 84015<br><br>801−309−5847 | TRUSTEE:<br>David L. Miller tr<br>P.O. Box 9<br>Farmington, UT 84025−0009<br><br>(801) 447−8777 |

The Court has been advised by the Trustee in the above case that money may become available for payment to creditors.

If you have not already filed a claim in the above case and wish to do so, you should file your claim with the Court as soon as possible. The claim form appearing on the opposite side of this notice, properly completed, must reach the address below on or before:

June 13, 2013

The place to file the proof of claim, either in person or by mail, is the Office of the Clerk of the Bankruptcy Court.

Clerk, U.S. Bankruptcy Court
Attn: Claims Department
350 South Main #301
Salt Lake City, UT 84101

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

DATED: 3/13/13

FOR THE COURT
David A. Sime, Clerk

Form BLN

This page intentionally left blank

| UNITED STATES BANKRUPTCY COURT District of Utah | PROOF OF CLAIM |
|---|---|

Name of Debtor:
Matthew Crookston

Case Number:
12−29998

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

**COURT USE ONLY**

Name and address where notices should be sent:

Telephone number:          email:

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:** _____
   (*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:          email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:** $_____
If all or part of the claim is secured, complete item 4. If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** _____ (See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:**
___ ___ ___ ___

**3a. Debtor may have scheduled account as:**
_____
(See instruction #3a)

**3b. Uniform Claim Identifier (optional):**
__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __
(See instruction #3b)

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
**Nature of property or right of setoff:** ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
**Describe:**
**Value of Property:** $ _____
**Annual Interest Rate (when case was filed)** _____ %  ☐ Fixed or  ☐ Variable

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:**
$ _____

**Basis for perfection:** _____

**Amount of Secured Claim:** $_____

**Amount Unsecured:**     $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier − 11 U.S.C. §507(a)(4).

☐ Contributions to an employee benefit plan − 11 U.S.C. §507(a)(5).

**Amount entitled to priority:**

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use − 11 U.S.C. §507(a)(7).

☐ Taxes or penalties owed to governmental units − 11 U.S.C. §507(a)(8).

☐ Other − Specify applicable paragraph of 11 U.S.C. §507(a)(___).

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open−end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**8. Signature:** (See instruction #8) Check the appropriate box.
☐ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: _____
Title: _____
Company: _____
Address and telephone number (if different from notice address above):
_____
_____
Telephone number:          email:

_____          _____
(Signature)                                 (Date)

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B10 (Official Form 10) (12/12)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　2

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24−character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non−priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open−end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____INFORMATION_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity to whom debtor owes a debt that was incurred before the date of the bankruptcy filing. See 11 U.S.C. §101(10).

**Claim**
A claim is the creditor's right to receive payment for a debt owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C §101(5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor must show only the last four digits of any social−security, individual's tax−identification, or financial−account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

```
                            United States Bankruptcy Court
                                    District of Utah

In re:                                                            Case No. 12-29998-JTM
Matthew Crookston                                                 Chapter 7
Angela Crookston
       Debtors
                              CERTIFICATE OF NOTICE
District/off: 1088-2          User: kas                  Page 1 of 3         Date Rcvd: Mar 13, 2013
                              Form ID: bln               Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2013.
db/jdb     +Matthew Crookston,   Angela Crookston,   2538 South 75 East,   Clearfield, UT 84015-1949
aty        +Patti H. Bass,   3936 E. Ft. Lowell Road,   Suite 200,   Tucson, AZ 85712-1083
8432921    +ALLIED INTERSTATE INC.,   3000 CORPORATE EXCHANGE DR,   Columbus, OH 43231-7684
8432922    +AMERICA FIRST CREDIT UNION,   1344 W 4675 S,   RIVERDALE, UT 84405-3690
8432923    +AMERICA FIRST CREDIT UNION,   P0 BOX 9199,   Ogden, UT 84409-0199
8432925    +Angela Crookston,   2538 s 75 e,   Clearfield, UT 84015-1949
8432926     BAC HOME LNS LP/CTRYWDE,   450 AMERICAN ST,   Simi Valley, CA 93065-6285
8432927     BANK OF AMERICA,   450 AMERICAN ST,   Simi Valley, CA 93065-6285
8432929     BONNEVILLE BILLING,   2627 WASHINGTON BLVD,   Ogden, UT 84401-3613
8432931     CASH LLC,   4340 S MONACO ST,   Denver, CO 80237-3485
8432933     CHASE,   P0 BOX 24696,   Columbus, OH 43224-0696
8432934     CHASE CARD SERVICES,   P0 BOX 15298,   Wilmington, DE 19850,   CHILDRENS PL/CESD,   P0 BOX 6497,
             Sioux Falls, SD 57117-6497
8432935    +CITI BANK,   P0 BOX 469100,   Escondido, CA 92046-9100
8508017    +Capital One, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
             Tucson, AZ 85712-1083
8432939    +ER SOLUTIONS,   800 SW 39TH ST,   Renton, WA 98057-4975
8432948    +INTERMOUNTAIN HEALTH CARE,   4646 LAKE PARK BLVD,   Salt Lake City, UT 84120-8212
8432953    +RICHARDS, KIMBLE,& WINN,   2040 E MURRY-HOLLADAY RD SUITE 106,   Salt Lake City, UT 84117-5179
8432954    +STONELEIGH RECOVERY ASSOCIATES,   PC BOX 1479,   Lombard, IL 60148-8479
8432955    +THE BUREAUS,   1717 CENTRAL ST,   Evanston, IL 60201-1590

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           EDI: FDLMILLER.COM Mar 14 2013 02:28:00      David L. Miller tr,   P.O. Box 9,
              Farmington, UT  84025-0009
8432924      EDI: AMEREXPR.COM Mar 14 2013 02:28:00      AMERICAN EXPRESS,   P0 BOX 981537,
              El Paso, TX 79998-1537
8432928     +EDI: HFC.COM Mar 14 2013 02:28:00      BEST BUY,   1405 FOULK ROAD,   Wilmington, DE 19803-2769
8432930      EDI: CAPITALONE.COM Mar 14 2013 02:28:00      CAPITAL ONE,   P0 BOX 30281,
              Salt Lake City, UT 84130-0281
8432932      EDI: SEARS.COM Mar 14 2013 02:28:00      CBUSASEARS,   8725 W SAHARA AVE,
              The Lakes, NV 89163-0001
8432936      EDI: CITICORP.COM Mar 14 2013 02:28:00      CITICARDS CBNA,   P0 BOX 6241,
              Sioux Falls, SD 57117-6241
8432937     +EDI: DISCOVER.COM Mar 14 2013 02:28:00      DISCOVER FINANCIAL SVCS LLC,   P0 BOX 15316,
              Wilmington, DE 19850-5316
8432938      EDI: WFNNB.COM Mar 14 2013 02:28:00      EDDIE BAUER,   P0 BOX 182789,   Columbus, OH 43218-2789
8432940     +E-mail/Text: bankruptcy@expressrecovery.com Mar 14 2013 03:18:22       EXPRESS RECOVERY,
              3782 W 2340 S STE B,   Salt Lake City, UT 84120-7295
8432941      EDI: RMSC.COM Mar 14 2013 02:28:00      GECRB/JC PENNYS,   P0 BOX 965008,   Orlando, FL 32896-5008
8432942      EDI: RMSC.COM Mar 14 2013 02:28:00      GECRB/LOWES,   P0 BOX 965005,   Orlando, FL 32896-5005
8432943     +EDI: RMSC.COM Mar 14 2013 02:28:00      GECRB/MERVYNS,   P0 BOX 981400,   El Paso, TX 79998-1400
8432944     +EDI: RMSC.COM Mar 14 2013 02:28:00      GECRB/OLD NAVY,   P0 BOX 981400,   El Paso, TX 79998-1400
8432945      EDI: RMSC.COM Mar 14 2013 02:28:00      GECRB/ULTIMATE ELECTRONICS,   C/C PO BOX 965036,
              Orlando, FL 32896-5036
8432946     +EDI: HFC.COM Mar 14 2013 02:28:00      HSBC SUZUKI REV,   PO BOX 703,   Wood Dale, IL 60191-0703
8432947      EDI: ICSYSTEM.COM Mar 14 2013 02:28:00      IC SYSTEMS,   444 HIGHWAY 96 E,
              Saint Paul, MN 55127-2557
8432949      EDI: CBSKOHLS.COM Mar 14 2013 02:28:00      KOHL S,   PC BOX 3115,   Milwaukee, WI 53201-3115
8432950      EDI: TSYS2.COM Mar 14 2013 02:28:00      MACYS/DSNB,   PO BOX 8218,   Mason, OH 45040-8218
8432951      EDI: WFNNB.COM Mar 14 2013 02:28:00      NEW YORK AND COMPANY,   PO BOX 182789,
              Columbus, OH 43218-2789
8432952     +EDI: HFC.COM Mar 14 2013 02:28:00      OFFICE MAX,   26525 NORTH RIVERWOODS BLVD,
              Lake Forest, IL 60045-3438
8432956      EDI: CITICORP.COM Mar 14 2013 02:28:00      THE HOME DEPOT,   PC BOX 6497,
              Sioux Falls, SD 57117-6497
8432957      EDI: WFFC.COM Mar 14 2013 02:28:00      WELLS FARGO,   4143 121ST,   Urbandale, IA 50323-2310
                                                                                               TOTAL: 22

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
bpp          Nectara Moldoveanu
cr*         +Capital One, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
              Tucson, AZ 85712-1083
                                                                                 TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 1088-2          User: kas               Page 2 of 3              Date Rcvd: Mar 13, 2013
                              Form ID: bln            Total Noticed: 41

          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 15, 2013**               **Signature:**   *Joseph Speetjens*

```
District/off: 1088-2          User: kas                  Page 3 of 3                  Date Rcvd: Mar 13, 2013
                              Form ID: bln               Total Noticed: 41
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2013 at the address(es) listed below:

        David L. Miller tr   davidlmillerpc@msn.com,
        ut09@ecfcbis.com;dlm@trustesolutions.com;dlm@trustesolutions.net
        Patti H. Bass   on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
        United States Trustee   USTPRegion19.SK.ECF@usdoj.gov

                                                                                                                      TOTAL: 3