David L. Miller, Bar No. 3736
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
e-mail: davidlmillerpc@msn.com
        Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| | |
|---|---|
| **In re:** | |
| | |
| **MATTHEW CROOKSTON** | **Bankruptcy No. 12-29998** |
| **ANGELA CROOKSTON,** | **(Chapter 7)** |
| **Debtor(s)** | Judge Joel T. Marker |
| | |

## MOTION FOR ORDER DIRECTING DEBTORS
## TO TURNOVER PROPERTY OF THE ESTATE

David L. Miller, Chapter 7 Trustee of the bankruptcy estate of the above named debtors

herein moves the Court, pursuant to 11 U.S.C. §§ 521 and 542 for an order directing the debtors

to turnover property of the estate further described as: 2012 tax returns,  2012 tax refunds and

bank funds in the amount of $392.33.   The instant motion is based upon the following grounds:

1.    The debtors filed a voluntary petition under Chapter 7 of the United States

       Bankruptcy code on August 3, 2012.

2.    At the First Meeting of Creditors, held on December 5, 2012, the trustee

       instructed the debtors to turnover a copy of their 2011 &  2012 tax returns.

3.    The trustee has received a copy of their 2011 tax returns.

4.    The Debtors' 2011 tax returns reflect a combined tax refund in the amount of

       $5,277.00 which was reduced to $2,351.36 to pay previous years tax obligations.

5.    The debtors' bank statements reflect a balance on the date of filing in the amount

of $392.33 which is property of the estate.

6.      The trustee has received the 2011 tax refund in the amount of $2,351.36.

7.      The trustee has not received copies of the 2012 tax return, or any refunds thereon.

8.      It is in the best interest of the bankruptcy estate and creditors of the estate for the

debtors Matthew Crookston and Angela Crookston to turnover a copy of their

2012 tax returns, any tax refunds received thereon, and bank funds in the amount

of $392.33.

WHEREFORE, the Trustee respectfully requests this Court to enter an Order Directing

the debtors Matthew Crookston and Angela Crookston to turnover a copy of their 2012 tax

returns, any tax refund received thereon, and bank funds in the amount of $392.33.


DATED this 5th day of August, 2013


               /s/   david l. miller
               DAVID L. MILLER
               Bankruptcy Trustee

**CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)**

I hereby certify that on 8/6/2013 I electronically filed the foregoing **Motion for Order Directing Debtors to Turnover Property of the Estate** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

David L Miller tr          davidlmillerpc@msn.com; ut09@ecfcbis.com;
                           dlm@trustesolutions.com; dlm@trustesolutions.net
U.S. Trustee               USTPRegion19.SK.ECF@usdoj.gov

**CERTIFICATE OF SERVICE –MAIL, OTHER**

I hereby certify that on 8/6/2013 I caused to be served a true and correct copy of the foregoing **Motion for Order Directing Debtors to Turnover Property of the Estate** as follows:

**Mail Service - By regular first class United States mail, postage fully pre-paid, addressed to**:

Matthew Crookston
2538 Suth 75 East
Clearfield, UT 84015

Angela Crookston
2538 South 75 East
Clearfield, UT 84015

pro se debtors

                    /s/ denise mcrae
                        (Signature)