David L. Miller, Bar No. 3736
PO Box 9
Farmington, Utah 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
e-mail: davidlmillerpc@msn.com
      Chapter 7 Trustee

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH – NORTHERN DIVISION**

---

| In re: | |
|---|---|
| **MATTHEW CROOKSTON** | Bankruptcy No. 12-29998 |
| **ANGELA CROOKSTON,** | (Chapter 7) |
| Debtor(s) | Judge Joel T. Marker |
| | **Filed Electronically** |

---

**NOTICE OF MOTION FOR ORDER DIRECTING DEBTORS
TO TURNOVER PROPERTY OF THE ESTATE,
AND NOTICE OF OPPORTUNITY FOR HEARING**

**(Objection Deadline: 8/27/2013 )**

---

    **PLEASE TAKE NOTICE**, that David L. Miller, the Chapter 7 trustee in the bankruptcy case of the above named debtors, has filed with the United States Bankruptcy Court Trustee's Motion For Order Directing Debtors To Turnover Property Of The Estate (the Motion)

    <u>**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**</u>

    Pursuant to the Motion, the Trustee requests the Court, in the absence of valid objections, to enter an Order directing debtors to turnover 2012 tax returns, 2012 tax refunds and bank funds in the amount of $392.33.

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE OBJECTION DEADLINE SET FORTH BELOW.

If you do not want the Court to grant the relief requested in the Motion, then you or your attorney must:

(1) on or before 8/27/2013, file with the Bankruptcy Court a written Objection explaining your position, at:

United States Bankruptcy Court
350 South Main Street, Room 301
Salt Lake City, UT 84101

If you mail your objection to the Bankruptcy Court for filing you must mail it early enough so that the Court will **receive** it on or before 8/27/2013. You must also mail a copy to the undersigned, David L. Miller, Trustee, at PO Box 9, Farmington, Utah 84025-0009.

(2) attend a hearing on **September 18, 2013 at 10:30 a.m. Courtroom 341**, United States Bankruptcy Court, 350 South Main Street, Salt Lake City, Utah. **There will be no further notice of the hearing** and failure to attend the hearing will be deemed a waiver of your objection.

If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief. In the absence of a timely filed objection, the undersigned may and will ask the Court to enter an order approving the Motion without hearing.

DATED this 5th day of August, 2013

    /s/ david l. miller
    DAVID L. MILLER

### CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)

    I hereby certify that on 8/6/2013, I electronically filed the foregoing **Notice of Motion for Order Directing Debtors to Turnover Property of the Estate and Notice of Opportunity for Hearing** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

| | |
|---|---|
| David L Miller tr | davidlmillerpc@msn.com; ut09@ecfcbis.com; dlm@trustesolutions.com; dlm@trustesolutions.net |
| U.S. Trustee | USTPRegion19.SK.ECF@usdoj.gov |

### CERTIFICATE OF SERVICE –MAIL, OTHER

  I hereby certify that on 8/6/2013 I caused to be served a true and correct copy of the foregoing **Notice of Motion for Order Directing Debtors to Turnover Property of the Estate and Notice of Opportunity for Hearing** as follows:

**Mail Service - By regular first class United States mail, postage fully pre-paid, addressed to**:

Matthew Crookston
2538 Suth 75 East
Clearfield, UT 84015

Angela Crookston
2538 South 75 East
Clearfield, UT 84015

pro se debtors

    /s/ denise mcrae
    (Signature)