David L. Miller, Bar No. 3736
PO Box 9
Farmington, Utah 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8456
e-mail: davidlmillerpc@msn.com
      Chapter 7 Trustee

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| | |
|---|---|
| **In re:** | |
| **MATTHEW CROOKSTON,** | Bankruptcy No. 12-29998 |
| **ANGELA CROOKSTON,** | (Chapter 7) |
| **Debtor(s)** | Judge Joel T. Marker |

### ORDER RESOLVING TURNOVER MOTION

This matter came before the Court on the Chapter 7 trustee's motion for turnover, and the debtors' stipulation to the entry of this Order. Accordingly, good cause appearing, it is hereby ORDERED that the Debtors turnover to the Trustee their 2012 Federal and State tax refund monies immediately upon receipt of them. The hearing scheduled at 10:30 a.m. on September 18, 2013, on the trustee's motion is stricken.

\* \* \* \* \* \* \*

Stipulated approval as to form and content:
   /s/ matthew crookston
Matthew Crookston, pro se debtor


   /s/ angela crookston
Angela Crookston, pro se debtor


**DESIGNATION OF PARTIES TO BE SERVED**

      Service of the foregoing **Stipulated Order Directing Debtor to Turnover Property of the Estate** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order trough the CM/ECF system:

    David L. Miller tr     davidlmillerpc@msn.com, ut09@ecfcbis.com;
                                 dlm@trustesolutions.com; dlm@trustesolutions.net
    United States Trustee  USTPRegion19.SK.ECF@usdoj.gov


**By U.S. Mail:** In addition to the parties of record receiving notice though the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

    Matthew Crookston
    2538 South 75 East
    Clearfield, UT 84015

    Angela Crookston
    2538 South 75 East
    Clearfield, UT 84015


          /s/   stephanie pace