**The below described is SIGNED.**

**Dated: September 10, 2013**

/s/ J T Marker

JOEL T. MARKER
U.S. Bankruptcy Judge



David L. Miller, Bar No. 3736
PO Box 9
Farmington, Utah 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8456
e-mail: davidlmillerpc@msn.com
    Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| MATTHEW CROOKSTON, ANGELA CROOKSTON, Debtor(s) | Bankruptcy No. 12-29998 (Chapter 7) Judge Joel T. Marker |

**ORDER RESOLVING TURNOVER MOTION**

This matter came before the Court on the Chapter 7 trustee's motion for turnover, and the debtors' stipulation to the entry of this Order. Accordingly, good cause appearing, it is hereby ORDERED that the Debtors turnover to the Trustee their 2012 Federal and State tax refund monies immediately upon receipt of them. The hearing scheduled at 10:30 a.m. on September 18, 2013, on the trustee's motion is stricken.

\* \* \* \* \* \* \*

Entered On Docket: 09/10/2013

Stipulated approval as to form and content:
   /s/ matthew crookston
Matthew Crookston, pro se debtor


   /s/ angela crookston
Angela Crookston, pro se debtor


### DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **Stipulated Order Directing Debtor to Turnover Property of the Estate** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order trough the CM/ECF system:

   David L. Miller tr   davidlmillerpc@msn.com, ut09@ecfcbis.com;
          dlm@trustesolutions.com; dlm@trustesolutions.net
   United States Trustee  USTPRegion19.SK.ECF@usdoj.gov


**By U.S. Mail:** In addition to the parties of record receiving notice though the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

   Matthew Crookston
   2538 South 75 East
   Clearfield, UT 84015

   Angela Crookston
   2538 South 75 East
   Clearfield, UT 84015


   /s/ stephanie pace

United States Bankruptcy Court
District of Utah

In re:  
Matthew Crookston  
Angela Crookston  
       Debtors

Case No. 12-29998-JTM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1088-2     User: mkh     Page 1 of 1     Date Rcvd: Sep 10, 2013  
                   Form ID: pdfor1    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2013.  
db/jdb      +Matthew Crookston,    Angela Crookston,    2538 South 75 East,    Clearfield, UT 84015-1949

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2013                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2013 at the address(es) listed below:  
       David L. Miller tr    davidlmillerpc@msn.com, ut09@ecfcbis.com;dlm@trustesolutions.com;dlm@trustesolutions.net  
       Patti H. Bass    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com  
       United States Trustee    USTPRegion19.SK.ECF@usdoj.gov  
                                                             TOTAL: 3