UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MATTHEW CROOKSTON | ) | Case No. 12-29998-JTM |
| ANGELA CROOKSTON | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |

## TRUSTEE'S APPLICATION FOR COMPENSATION
## AND REIMBURSEMENT OF EXPENSES

The Trustee of the above referenced estate applies for an order pursuant to 11 U.S.C. §330(a) and §503(b), allowing for compensation in the amount of $1,465.04 and expenses in the amount of $13.79, as itemized in Exhibit A [and Exhibit B if necessary – application in excess of $1,000] (attached).

The compensation sought by this application is for actual and necessary services rendered. In the course of the performance of his/her duties, the Trustee has advanced monies from personal funds for actual and necessary expenses incurred, and has not been reimbursed or indemnified.

There is no agreement or understanding between the Trustee and any other person for the division of the compensation sought by this application, except as permitted by 11 U.S.C. §330.

WHEREFORE, the Trustee requests that this application be approved by this Court, and that the fees and expenses be allowed.

DATED:  02/06/2015                          /s/  David L. Miller
                                                 Trustee in Bankruptcy

EXHIBIT A
APPLICATION FOR COMPENSATION & REIMBURSEMENT OF EXPENSES

In re:  MATTHEW CROOKSTON AND ANGELA CROOKSTON          Case no.: 12-29998-JTM

<u>Computation of Compensation for Cases Filed after October 22, 1994</u>

Total Proceeds of Estate          $7,150.36

Less amounts returned to Debtor(s)          ($0.00)

| | | | |
|---|---|---|---|
| Receipts | $7,150.36 | 25% of first 5,000 | $1,250.00 |
| Less | ($5,000.00) | ($1250.00 Max) | |
| Balance | $2,150.36 | 10% of next 45,000 | $215.04 |
| Less | ($45,000.00) | ($4500.00 Max) | |
| Balance | $0.00 | 5% of next 950,000 | $0.00 |
| Less | ($950,000.00) | ($47,500.00 Max) | |
| Balance | $0.00 | 3% of balance | $0.00 |

MAXIMUM COMPENSATION (11 U.S.C. §326)          $1,465.04
COMPENSATION REQUESTED          $1,465.04
Less: Court-Approved Compensation Previously Paid          ($0.00)
BALANCE DUE          $1,465.04

| Date | Description | Quantity @ Rate | Total |
|---|---|---|---|
| 08/06/2013 | COPIES: Motion for Turnover of Property and NOH | 12.00 @ $0.20 | $2.40 |
| 08/06/2013 | POSTAGE: Motion for Turnover of Property and NOH | 2.00 @ $0.49 | $0.98 |
| 02/06/2015 | POSTAGE: Mailing of Dividend checks | 9.00 @ $0.49 | $4.41 |
| 02/06/2015 | COPIES: TFR | 15.00 @ $0.20 | $3.00 |
| 02/06/2015 | COPIES: TDR | 15.00 @ $0.20 | $3.00 |
| | | **Total:** | $13.79 |

TOTAL EXPENSES          $13.79
Less: Court-Approved Expenses Previously Paid          ($0.00)
BALANCE DUE          $13.79

Printed: Feb  6 2015  3:29PM                                                                                          Page: 1

## Expense Worksheet
### Trustee: David L. Miller
### Period: 08/03/2012 – 02/06/2015

| Case Number: | 12-29998-JTM | Case Name: | CROOKSTON, MATTHEW AND CROOKSTON, ANGELA |
|---|---|---|---|
| Case Type: | Asset | Judge: | JOEL T. MARKER |
| Petition Date: | 08/03/2012 | 341a Meeting: | 04/15/2013 8:00 AM |

| Date | Description | Quantity @ Rate | Total |
|---|---|---|---|
| 08/06/2013 | COPIES: Motion for Turnover of Property and NOH | 12.00 @ $0.20 | $2.40 |
| 08/06/2013 | POSTAGE: Motion for Turnover of Property and NOH | 2.00 @ $0.49 | $0.98 |
| 02/06/2015 | POSTAGE: Mailing of Dividend checks | 9.00 @ $0.49 | $4.41 |
| 02/06/2015 | COPIES: TFR | 15.00 @ $0.20 | $3.00 |
| 02/06/2015 | COPIES: TDR | 15.00 @ $0.20 | $3.00 |
|  |  | **Total:** | $13.79 |

Total for case 12-29998-JTM:                      $13.79

Grand Total:                      $13.79

# TIME REPORT

| | |
|---|---|
| **Case No.:** 12-29998-JTM | **Trustee Name** |
| **Case Name:** CROOKSTON, MATTHEW AND CROOKSTON, ANGELA | David L. Miller |
| **Start Date:** 8/3/2012 | |
| **End Date:** 2/6/2015 | |

| | RATE | TIME SPENT (hours) | TOTAL | BILLABLE TIME (hours) | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|---|
| **Firm Name: David L. Miller, P.C., Trustee** | | | | | | |
| **Professional: David L. Miller** | | | | | | |
| | $250.00 | 0.25 | $62.50 | 0.25 | $62.50 | Billable |
| 11/28/2012: Review Statements & Schedules | | | | | | |
| | $300.00 | 1.00 | $300.00 | 1.00 | $300.00 | Billable |
| 02/06/2015: Prepare Application and Order for Approval of TFR (0.5); Review and balance future (January, February, March, April, May) bank statements (0.5). | | | | | | |
| **Professional: Denise McRae** | | | | | | |
| | $60.00 | 1.00 | $60.00 | 1.00 | $60.00 | Billable |
| 02/06/2015: Prepare Final Report for Trustee review. | | | | | | |
| | $60.00 | 1.25 | $75.00 | 1.25 | $75.00 | Billable |
| 02/06/2015: Prepare Fee App & NFR & file each with court (0.5); Prepare Order Approving Compensation and Distribution (0.25); Prepare court approved dividend checks; mail to creditors (0.25); Prepare Trustee's Supplemental Report (0.25). | | | | | | |

David L. Miller billable hours = 0.25 hours @ $250.00 totalling $62.50
David L. Miller billable hours = 1.00 hours @ $300.00 totalling $300.00
Denise McRae billable hours = 2.25 hours @ $60.00 totalling $135.00

| **Project Category Total:** | | **3.50** | | | **$497.50** | |
|---|---|---|---|---|---|---|
| **Project Category : 341 Meeting** | | | | | | |
| **Professional: David L. Miller** | | | | | | |
| | $250.00 | 0.30 | $75.00 | 0.30 | $75.00 | Billable |
| 12/05/2012: Prepare for and conduct 341 meeting. | | | | | | |

David L. Miller billable hours = 0.30 hours @ $250.00 totalling $75.00

| **Project Category 341 Meeting Total:** | | **0.30** | | | **$75.00** | |
|---|---|---|---|---|---|---|
| **Project Category : Case Administration** | | | | | | |
| **Professional: David L. Miller** | | | | | | |
| | $250.00 | 0.10 | $25.00 | 0.10 | $25.00 | Billable |
| 04/15/2013: Review and balance (March) bank statements | | | | | | |
| | $250.00 | 0.10 | $25.00 | 0.10 | $25.00 | Billable |
| 05/15/2013: Review and balance (April) bank statements | | | | | | |
| | $250.00 | 0.10 | $25.00 | 0.10 | $25.00 | Billable |
| 06/15/2013: Review and balance (May) bank statements | | | | | | |
| | $250.00 | 0.10 | $25.00 | 0.10 | $25.00 | Billable |
| 07/15/2013: Review and balance (June) bank statements | | | | | | |
| | $250.00 | 0.10 | $25.00 | 0.10 | $25.00 | Billable |
| 08/15/2013: Review and balance (July) bank statements | | | | | | |
| | $250.00 | 0.10 | $25.00 | 0.10 | $25.00 | Billable |
| 09/15/2013: Review and balance (August) bank statements | | | | | | |
| | $250.00 | 0.10 | $25.00 | 0.10 | $25.00 | Billable |
| 10/15/2013: Review and balance (September) bank statements | | | | | | |
| | $250.00 | 0.10 | $25.00 | 0.10 | $25.00 | Billable |
| 11/15/2013: Review and balance (October) bank statements | | | | | | |
| | $250.00 | 0.10 | $25.00 | 0.10 | $25.00 | Billable |
| 12/15/2013: Review and balance (November) bank statements | | | | | | |
| | $250.00 | 0.10 | $25.00 | 0.10 | $25.00 | Billable |
| 01/15/2014: Review and balance (December) bank statements | | | | | | |
| | $250.00 | 0.10 | $25.00 | 0.10 | $25.00 | Billable |
| 02/15/2014: Review and balance (January) bank statements | | | | | | |
| | $250.00 | 0.10 | $25.00 | 0.10 | $25.00 | Billable |

# TIME REPORT

| | |
|---|---|
| **Case No.:** 12-29998-JTM | **Trustee Name** |
| **Case Name:** CROOKSTON, MATTHEW AND CROOKSTON, ANGELA | David L. Miller |
| **Start Date:** 8/3/2012 | |
| **End Date:** 2/6/2015 | |

| | RATE | TIME SPENT (hours) | TOTAL | BILLABLE TIME (hours) | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|---|
| 03/15/2014: Review and balance (February) bank statements | | | | | | |
| | $250.00 | 0.10 | $25.00 | 0.10 | $25.00 | Billable |
| 04/15/2014: Review and balance (March) bank statements | | | | | | |
| | $250.00 | 0.10 | $25.00 | 0.10 | $25.00 | Billable |
| 05/15/2014: Review and balance (April) bank statements | | | | | | |
| | $250.00 | 0.10 | $25.00 | 0.10 | $25.00 | Billable |
| 06/15/2014: Review and balance (May) bank statements | | | | | | |
| | $250.00 | 0.10 | $25.00 | 0.10 | $25.00 | Billable |
| 07/15/2014: Review and balance (June) bank statements | | | | | | |
| | $250.00 | 0.10 | $25.00 | 0.10 | $25.00 | Billable |
| 08/15/2014: Review and balance (July) bank statements | | | | | | |
| | $250.00 | 0.10 | $25.00 | 0.10 | $25.00 | Billable |
| 09/15/2014: Review and balance (August) bank statements | | | | | | |
| | $250.00 | 0.10 | $25.00 | 0.10 | $25.00 | Billable |
| 10/15/2014: Review and balance (September) bank statements | | | | | | |
| | $250.00 | 0.10 | $25.00 | 0.10 | $25.00 | Billable |
| 11/15/2014: Review and balance (October) bank statements | | | | | | |
| | $250.00 | 0.10 | $25.00 | 0.10 | $25.00 | Billable |
| 12/15/2014: Review and balance (November) bank statements | | | | | | |
| | $300.00 | 0.10 | $30.00 | 0.10 | $30.00 | Billable |
| 01/15/2015: Review and balance (December) bank statements | | | | | | |
| | $300.00 | 0.25 | $75.00 | 0.25 | $75.00 | Billable |
| 02/03/2015: Review and approve claims for final. | | | | | | |
| | $300.00 | 0.50 | $150.00 | 0.50 | $150.00 | Billable |
| 02/06/2015: Review Final Report | | | | | | |
| **Professional: Denise McRae** | | | | | | |
| | $60.00 | 0.30 | $18.00 | 0.30 | $18.00 | Billable |
| 03/06/2013: Open bank account w/ Integrity Bank, deposit funds received. | | | | | | |
| | $60.00 | 0.10 | $6.00 | 0.10 | $6.00 | Billable |
| 12/10/2013: Prepare bond renewal check | | | | | | |
| | $60.00 | 0.10 | $6.00 | 0.10 | $6.00 | Billable |
| 12/04/2014: Prepare bond renewal check | | | | | | |
| | $60.00 | 0.25 | $15.00 | 0.25 | $15.00 | Billable |
| 12/30/2014: Docket receipt of funds and deposit into MMA account. | | | | | | |
| | $60.00 | 0.25 | $15.00 | 0.25 | $15.00 | Billable |
| 02/03/2015: Prepare Claims Register for Trustee review. | | | | | | |
| | $60.00 | 0.20 | $12.00 | 0.20 | $12.00 | Billable |
| 02/03/2015: Request for Notification of Court Fees | | | | | | |
| | $60.00 | 1.00 | $60.00 | 1.00 | $60.00 | Billable |
| 02/06/2015: Prepare Trustee Time Sheet & Expense Report for final. | | | | | | |

David L. Miller billable hours = 2.10 hours @ $250.00 totalling $525.00
David L. Miller billable hours = 0.85 hours @ $300.00 totalling $255.00
Denise McRae billable hours = 2.20 hours @ $60.00 totalling $132.00

| **Project Category Case Administration Total:** | **5.15** | | **$912.00** | |
|---|---|---|---|---|

David L. Miller billable hours = 4.50 hours totalling $1,217.50
Denise McRae billable hours = 4.45 hours totalling $267.00

| **Firm Name David L. Miller, P.C., Trustee Total:** | **8.95** | | | **$1,484.50** | |
|---|---|---|---|---|---|
| **TOTALS:** | **8.95** | **$1,484.50** | **8.95** | **$1,484.50** | |