**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH**
**SALT LAKE CITY DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-29998-JTM |
| | § | |
| MATTHEW CROOKSTON | § | |
| ANGELA CROOKSTON | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/03/2012. The undersigned trustee was appointed on 10/24/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                            $7,150.36

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $5.57 |
    | Bank service fees | $91.27 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $7,053.52 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/13/2013 and the deadline for filing government claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,465.04.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,465.04, for a total compensation of $1,465.04[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $13.79, for total expenses of $13.79.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/06/2015                          By:   /s/ David L. Miller
                                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | |
|---|---|
| Case No.: | 12-29998-JTM |
| Case Name: | CROOKSTON, MATTHEW AND CROOKSTON, ANGELA |
| For the Period Ending: | 2/6/2015 |

| | |
|---|---|
| Trustee Name: | David L. Miller |
| Date Filed (f) or Converted (c): | 08/03/2012 (f) |
| §341(a) Meeting Date: | 12/05/2012 |
| Claims Bar Date: | 06/13/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  2012 Tax Refund - Federal  (u) | $0.00 | $4,799.00 | | $4,799.00 | FA |
| 2  2011 tax refunds  (u) | $0.00 | $2,351.36 | | $2,351.36 | FA |
| 3  Home  Location: 2538 s 75 e, Clearfield UT 84015 | Unknown | $0.00 | | $0.00 | FA |
| 4  COUCH, TABLE, TV | $200.00 | $0.00 | | $0.00 | FA |
| 5  DINING TABLE, PLATES, UTENSILS | $150.00 | $0.00 | | $0.00 | FA |
| 6  4 BEDS, 5 DRESSERS | $550.00 | $0.00 | | $0.00 | FA |
| 7  CHILDRENS CLOTHING ADULTS CLOTHING | $400.00 | $0.00 | | $0.00 | FA |
| 8  1998 chevy malibu | $850.00 | $0.00 | | $0.00 | FA |
| 9  2005 SUZUKI 400 ATV  Location: 2538 s 75 e, Clearfield UT 84015 | $3,799.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                       **Gross Value of Remaining Assets**

                        **$5,949.00**                    **$7,150.36**                              **$7,150.36**                      **$0.00**

**Major Activities affecting case closing:**
  Collect and review 2012 tax returns and any possible refunds.
  Prepared Motion for Turnover. Waiting on IRS.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/15/2014 | **Current Projected Date Of Final Report (TFR):** | 12/31/2015 |

/s/ DAVID L. MILLER
DAVID L. MILLER

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-29998-JTM | Trustee Name: | David L. Miller |
|---|---|---|---|
| Case Name: | CROOKSTON, MATTHEW AND CROOKSTON, ANGELA | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***1087 | Checking Acct #: | ******9998 |
| Co-Debtor Taxpayer ID #: | **-***1088 | Account Title: | |
| For Period Beginning: | 8/3/2012 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 2/6/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/06/2013 | (2) | Crookston - US Treasury | 2011 Federal tax refund | 1224-000 | $2,351.36 | | $2,351.36 |
| 03/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.56 | $2,348.80 |
| 04/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.66 | $2,345.14 |
| 05/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.78 | $2,341.36 |
| 06/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.65 | $2,337.71 |
| 07/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.77 | $2,333.94 |
| 08/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.76 | $2,330.18 |
| 09/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.63 | $2,326.55 |
| 10/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.75 | $2,322.80 |
| 11/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.62 | $2,319.18 |
| 12/10/2013 | 201 | International Sureties, Ltd. | Blanket Bond #016027974 | 2300-000 | | $3.60 | $2,315.58 |
| 12/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.73 | $2,311.85 |
| 01/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.72 | $2,308.13 |
| 02/28/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.36 | $2,304.77 |
| 03/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.71 | $2,301.06 |
| 04/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.59 | $2,297.47 |
| 05/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.70 | $2,293.77 |
| 06/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.58 | $2,290.19 |
| 07/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.69 | $2,286.50 |
| 08/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.68 | $2,282.82 |
| 09/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.56 | $2,279.26 |
| 10/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.67 | $2,275.59 |
| 11/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.55 | $2,272.04 |
| 12/04/2014 | 202 | International Sureties, Ltd. | Bond # 016027974 | 2300-000 | | $1.97 | $2,270.07 |
| 12/30/2014 | (1) | Crookston - US Treasury | 2012 Federal tax refund | 1224-000 | $4,799.00 | | $7,069.07 |
| 12/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $4.16 | $7,064.91 |
| 01/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $11.39 | $7,053.52 |

**SUBTOTALS**  $7,150.36   $96.84

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-29998-JTM | Trustee Name: | David L. Miller |
|---|---|---|---|
| Case Name: | CROOKSTON, MATTHEW AND CROOKSTON, ANGELA | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***1087 | Checking Acct #: | ******9998 |
| Co-Debtor Taxpayer ID #: | **-***1088 | Account Title: | |
| For Period Beginning: | 8/3/2012 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 2/6/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $7,150.36 | $96.84 | $7,053.52 |
|  |  |  | Less: Bank transfers/CDs |  | $0.00 | $0.00 | |
|  |  |  | **Subtotal** |  | $7,150.36 | $96.84 | |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 | |
|  |  |  | **Net** |  | $7,150.36 | $96.84 | |

**For the period of 8/3/2012 to 2/6/2015**

| | |
|---|---|
| Total Compensable Receipts: | $7,150.36 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,150.36 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $96.84 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $96.84 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/06/2013 to 2/6/2015**

| | |
|---|---|
| Total Compensable Receipts: | $7,150.36 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,150.36 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $96.84 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $96.84 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-29998-JTM | Trustee Name: | David L. Miller |
|---|---|---|---|
| Case Name: | CROOKSTON, MATTHEW AND CROOKSTON, ANGELA | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***1087 | Checking Acct #: | ******9998 |
| Co-Debtor Taxpayer ID #: | **-***1088 | Account Title: | |
| For Period Beginning: | 8/3/2012 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 2/6/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $7,150.36 | $96.84 | $7,053.52 |

**For the period of 8/3/2012 to 2/6/2015**

| Total Compensable Receipts: | $7,150.36 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,150.36 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $96.84 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $96.84 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/03/2012 to 2/6/2015**

| Total Compensable Receipts: | $7,150.36 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,150.36 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $96.84 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $96.84 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID L. MILLER

DAVID L. MILLER

## CLAIM ANALYSIS REPORT

| Case No. | 12-29998-JTM | | | | | | | | Trustee Name: | David L. Miller |
| Case Name: | CROOKSTON, MATTHEW AND CROOKSTON, ANGELA | | | | | | | | Date: | 2/6/2015 |
| Claims Bar Date: | 06/13/2013 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DAVID L. MILLER<br>PO Box 9<br>Farmington UT 84025-0009 | 05/21/2014 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,465.04 | $1,465.04 | $0.00 | $0.00 | $0.00 | $1,465.04 |
| | DAVID L. MILLER<br>PO Box 9<br>Farmington UT 84025-0009 | 02/06/2015 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $13.79 | $13.79 | $0.00 | $0.00 | $0.00 | $13.79 |
| bond | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras St.<br>New Orleans LA 70139 | 02/06/2015 | Bond Payments | Allowed | 2300-000 | $0.00 | $3.60 | $3.60 | $3.60 | $0.00 | $0.00 | $0.00 |
| bond | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras St.<br>New Orleans LA 70139 | 02/06/2015 | Bond Payments | Allowed | 2300-000 | $0.00 | $1.97 | $1.97 | $1.97 | $0.00 | $0.00 | $0.00 |
| 1 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 03/20/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $5,033.29 | $4,033.29 | $4,033.29 | $0.00 | $0.00 | $0.00 | $4,033.29 |
| 2 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>Charlotte NC 28272-1083 | 04/01/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $3,500.00 | $968.27 | $968.27 | $0.00 | $0.00 | $0.00 | $968.27 |
| 3 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>Charlotte NC 28272-1083 | 04/01/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,855.33 | $1,855.33 | $0.00 | $0.00 | $0.00 | $1,855.33 |

# CLAIM ANALYSIS REPORT

| Case No.: | 12-29998-JTM | | Trustee Name: | David L. Miller |
| Case Name: | CROOKSTON, MATTHEW AND CROOKSTON, ANGELA | | Date: | 2/6/2015 |
| Claims Bar Date: | 06/13/2013 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | AMERICA FIRST CREDIT UNION<br>P0 BOX 9199<br>Ogden UT 84409 | 04/29/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $25,000.00 | $20,126.82 | $20,126.82 | $0.00 | $0.00 | $0.00 | $20,126.82 |
| **Claim Notes:** | (4-1) MONEY LOANED | | | | | | | | | | | |
| 5 | CAPITAL ONE NA<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 05/10/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $559.34 | $559.34 | $0.00 | $0.00 | $0.00 | $559.34 |
| 6 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | 06/03/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,626.00 | $926.71 | $926.71 | $0.00 | $0.00 | $0.00 | $926.71 |
| 7 | AMERICAN INFOSOURCE LP AS AGENT FOR DIRECTV, LLC<br>Mail Station N387<br>2230 E Imperial Hwy<br>El Segundo CA 90245 | 06/03/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $577.78 | $577.78 | $0.00 | $0.00 | $0.00 | $577.78 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk VA 23541 | 06/07/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,608.00 | $1,208.96 | $1,208.96 | $0.00 | $0.00 | $0.00 | $1,208.96 |
| 9 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | 06/13/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,550.00 | $2,046.80 | $2,046.80 | $0.00 | $0.00 | $0.00 | $2,046.80 |

## CLAIM ANALYSIS REPORT

| Case No.: | 12-29998-JTM | | | | | | | Trustee Name: | | David L. Miller | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | CROOKSTON, MATTHEW AND CROOKSTON, ANGELA | | | | | | | Date: | | 2/6/2015 | | |
| Claims Bar Date: | 06/13/2013 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | WEST PARK VILLAGE HOMEOWNERS ASSOCIATION<br><br>c/o RICHARDS, KIMBLE,& WINN<br>2040 E MURRY-HOLLADAY RD SUITE 106<br>Salt Lake City UT 84117 | 06/13/2013 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $1,600.00 | $695.21 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** (10-1) homeowners association assessments

| | | | | | $34,482.91 | $33,787.70 | $5.57 | $0.00 | $0.00 | $33,782.13 |
|---|---|---|---|---|---|---|---|---|---|---|

CLAIM ANALYSIS REPORT

Page No: 4     Exhibit C

| Case No. | 12-29998-JTM | Trustee Name: | David L. Miller |
| --- | --- | --- | --- |
| Case Name: | CROOKSTON, MATTHEW AND CROOKSTON, ANGELA | Date: | 2/6/2015 |
| Claims Bar Date: | 06/13/2013 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | ---: | ---: | ---: | ---: | ---: | ---: |
| Bond Payments | $5.57 | $5.57 | $5.57 | $0.00 | $0.00 | $0.00 |
| General Unsecured § 726(a)(2) | $32,303.30 | $32,303.30 | $0.00 | $0.00 | $0.00 | $32,303.30 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $695.21 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $1,465.04 | $1,465.04 | $0.00 | $0.00 | $0.00 | $1,465.04 |
| Trustee Expenses | $13.79 | $13.79 | $0.00 | $0.00 | $0.00 | $13.79 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 12-29998-JTM
Case Name: MATTHEW CROOKSTON
ANGELA CROOKSTON
Trustee Name: David L. Miller

Balance on hand: $7,053.52

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 10 | West Park Village Homeowners Association | $695.21 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $7,053.52

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David L. Miller, Trustee Fees | $1,465.04 | $0.00 | $1,465.04 |
| David L. Miller, Trustee Expenses | $13.79 | $0.00 | $13.79 |

Total to be paid for chapter 7 administrative expenses: $1,478.83
Remaining balance: $5,574.69

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $5,574.69

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  | Total to be paid to priority claims: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $5,574.69 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $32,303.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | PYOD, LLC its successors and assigns as assignee | $4,033.29 | $0.00 | $696.04 |
| 2 | Capital One Bank (USA), N.A. | $968.27 | $0.00 | $167.10 |
| 3 | Capital One Bank (USA), N.A. | $1,855.33 | $0.00 | $320.18 |
| 4 | AMERICA FIRST CREDIT UNION | $20,126.82 | $0.00 | $3,473.35 |
| 5 | Capital One NA | $559.34 | $0.00 | $96.53 |
| 6 | Capital Recovery V, LLC | $926.71 | $0.00 | $159.93 |
| 7 | American InfoSource LP as agent for | $577.78 | $0.00 | $99.71 |
| 8 | Portfolio Recovery Associates, LLC | $1,208.96 | $0.00 | $208.63 |
| 9 | Bureaus Investment Group Portfolio No 15 LLC | $2,046.80 | $0.00 | $353.22 |

|  | Total to be paid to timely general unsecured claims: | $5,574.69 |
|---|---:|---:|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $0.00 |

UST Form 101-7-TFR (5/1/2011)

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**