**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH**
**SALT LAKE CITY DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-29998-JTM |
| | § | |
| MATTHEW CROOKSTON | § | |
| ANGELA CROOKSTON | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David L. Miller, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

350 South Main #301, Salt Lake City, UT 84101

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection no later than 3/12/15, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on 03/25/2015, in Courtroom 341**, United States Courthouse, 350 South Main, Salt Lake City, UT 84101. If no objections are filed the hearing may be stricken and, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  02/19/2015            By:  /s/ David L. Miller
                                          Trustee

David L. Miller
PO Box 9
Farmington, UT, 84025-0009

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH**
**SALT LAKE CITY DIVISION**

| In re: | § | Case No. 12-29998-JTM |
|---|---|---|
| | § | |
| MATTHEW CROOKSTON | § | |
| ANGELA CROOKSTON | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $7,150.36
*and approved disbursements of*     $96.84
*leaving a balance on hand of[1]:*     $7,053.52

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 10 | West Park Village Homeowners Association | $695.21 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:     $0.00
Remaining balance:     $7,053.52

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David L. Miller, Trustee Fees | $1,465.04 | $0.00 | $1,465.04 |
| David L. Miller, Trustee Expenses | $13.79 | $0.00 | $13.79 |

Total to be paid for chapter 7 administrative expenses:     $1,478.83
Remaining balance:     $5,574.69

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | Total to be paid to prior chapter administrative expenses: | $0.00 |
| | Remaining balance: | $5,574.69 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | Total to be paid to priority claims: | $0.00 |
| | Remaining balance: | $5,574.69 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $32,303.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee | $4,033.29 | $0.00 | $696.04 |
| 2 | Capital One Bank (USA), N.A. | $968.27 | $0.00 | $167.10 |
| 3 | Capital One Bank (USA), N.A. | $1,855.33 | $0.00 | $320.18 |
| 4 | AMERICA FIRST CREDIT UNION | $20,126.82 | $0.00 | $3,473.35 |
| 5 | Capital One NA | $559.34 | $0.00 | $96.53 |
| 6 | Capital Recovery V, LLC | $926.71 | $0.00 | $159.93 |
| 7 | American InfoSource LP as agent for | $577.78 | $0.00 | $99.71 |
| 8 | Portfolio Recovery Associates, LLC | $1,208.96 | $0.00 | $208.63 |
| 9 | Bureaus Investment Group Portfolio No 15 LLC | $2,046.80 | $0.00 | $353.22 |

**UST Form 101-7-NFR (10/1/2010)**

| | |
|---|---|
| Total to be paid to timely general unsecured claims: | $5,574.69 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David L. Miller
Trustee

David L. Miller
PO Box 9
Farmington, UT, 84025-0009

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                                 District of Utah
In re:                                                        Case No. 12-29998-JTM
Matthew Crookston                                             Chapter 7
Angela Crookston
          Debtors
                               CERTIFICATE OF NOTICE
District/off: 1088-2           User: ksh                    Page 1 of 2             Date Rcvd: Feb 19, 2015
                               Form ID: pdftrfnl            Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2015.
db/jdb         +Matthew Crookston,    Angela Crookston,    2538 South 75 East,    Clearfield, UT 84015-1949
8432921        +ALLIED INTERSTATE INC.,    3000 CORPORATE EXCHANGE DR,    Columbus, OH 43231-7684
8432924         AMERICAN EXPRESS,    P0 BOX 981537,    El Paso, TX 79998-1537
8877750        +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
8432925        +Angela Crookston,    2538 s 75 e,    Clearfield, UT 84015-1949
8432926         BAC HOME LNS LP/CTRYWDE,    450 AMERICAN ST,    Simi Valley, CA 93065-6285
8432927         BANK OF AMERICA,    450 AMERICAN ST,    Simi Valley, CA 93065-6285
8432928        +BEST BUY,    1405 FOULK ROAD,    Wilmington, DE 19803-2769
8432929         BONNEVILLE BILLING,    2627 WASHINGTON BLVD,    Ogden, UT 84401-3613
8432930         CAPITAL ONE,    P0 BOX 30281,    Salt Lake City, UT 84130-0281
8432931         CASH LLC,    4340 S MONACO ST,    Denver, CO 80237-3485
8432932         CBUSASEARS,    8725 W SAHARA AVE,    The Lakes, NV 89163-0001
8432933         CHASE,    P0 BOX 24696,    Columbus, OH 43224-0696
8432934         CHASE CARD SERVICES,    P0 BOX 15298,    Wilmington, DE 19850,    CHILDRENS PL/CESD,    P0 BOX 6497,
                 Sioux Falls, SD 57117-6497
8432935        +CITI BANK,    P0 BOX 469100,    Escondido, CA 92046-9100
8432936         CITICARDS CBNA,    P0 BOX 6241,    Sioux Falls, SD 57117-6241
8777000         Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
8841326         Capital One NA,   c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
8432938         EDDIE BAUER,    P0 BOX 182789,    Columbus, OH 43218-2789
8432939        +ER SOLUTIONS,    800 SW 39TH ST,    Renton, WA 98057-4975
8432946        +HSBC SUZUKI REV,    PO BOX 703,    Wood Dale, IL 60191-0703
8432948        +INTERMOUNTAIN HEALTH CARE,    4646 LAKE PARK BLVD,    Salt Lake City, UT 84120-8212
8432950         MACYS/DSNB,    PO BOX 8218,    Mason, OH 45040-8218
8432951         NEW YORK AND COMPANY,    PO BOX 182789,    Columbus, OH 43218-2789
8432952        +OFFICE MAX,    26525 NORTH RIVERWOODS BLVD,    Lake Forest, IL 60045-3440
8884467        ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541)
8432954        +STONELEIGH RECOVERY ASSOCIATES,    PC BOX 1479,    Lombard, IL 60148-8479
8432956         THE HOME DEPOT,    PC BOX 6497,    Sioux Falls, SD 57117-6497
8432957         WELLS FARGO,    4143 121ST,    Urbandale, IA 50323-2310
8432953        +West Park Village Homeowners Association,    c/o RICHARDS, KIMBLE,& WINN,
                 2040 E MURRY-HOLLADAY RD SUITE 106,    Salt Lake City, UT 84117-5179

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
8432923        +E-mail/Text: e-bankruptcy@americafirst.com Feb 20 2015 01:15:05     AMERICA FIRST CREDIT UNION,
                 P0 BOX 9199,   Ogden, UT 84409-0199
8432922        +E-mail/Text: e-bankruptcy@americafirst.com Feb 20 2015 01:15:05     AMERICA FIRST CREDIT UNION,
                 1344 W 4675 S,    RIVERDALE, UT 84405-3690
8894520         E-mail/PDF: rmscedi@recoverycorp.com Feb 20 2015 01:19:59
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
8508017         E-mail/Text: bnc@bass-associates.com Feb 20 2015 01:14:15     Capital One, N.A.,
                 Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
8876680         E-mail/PDF: rmscedi@recoverycorp.com Feb 20 2015 01:19:59     Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
8432937        +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 20 2015 01:26:53     DISCOVER FINANCIAL SVCS LLC,
                 P0 BOX 15316,   Wilmington, DE 19850-5316
8432940        +E-mail/Text: bankruptcy@expressrecovery.com Feb 20 2015 01:14:29     EXPRESS RECOVERY,
                 3782 W 2340 S STE B,   Salt Lake City, UT 84120-7295
8432941         E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2015 01:20:17     GECRB/JC PENNYS,    P0 BOX 965008,
                 Orlando, FL 32896-5008
8432942         E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2015 01:19:58     GECRB/LOWES,    P0 BOX 965005,
                 Orlando, FL 32896-5005
8432943        +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2015 01:20:17     GECRB/MERVYNS,    P0 BOX 981400,
                 El Paso, TX 79998-1400
8432944        +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2015 01:19:58     GECRB/OLD NAVY,    P0 BOX 981400,
                 El Paso, TX 79998-1400
8432945         E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2015 01:20:17     GECRB/ULTIMATE ELECTRONICS,
                 C/C PO BOX 965036,    Orlando, FL 32896-5036
8432947         E-mail/Text: bankruptcy@icsystem.com Feb 20 2015 01:15:02     IC SYSTEMS,    444 HIGHWAY 96 E,
                 Saint Paul, MN 55127-2557
8432949         E-mail/Text: bnckohlsnotices@becket-lee.com Feb 20 2015 01:14:19     KOHL S,    PC BOX 3115,
                 Milwaukee, WI 53201-3115
8754474        +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 20 2015 01:19:59
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                               TOTAL: 15
```

```
District/off: 1088-2           User: ksh              Page 2 of 2            Date Rcvd: Feb 19, 2015
                               Form ID: pdftrfnl      Total Noticed: 45

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Capital One, N.A.,    Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
               Tucson, AZ 85712-1083
8432955       ##THE BUREAUS,   1717 CENTRAL ST,   Evanston, IL 60201-1507
                                                                                TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2015 at the address(es) listed below:
              David L. Miller tr    davidlmillerpc@msn.com,
               ut09@ecfcbis.com;dlm@trustesolutions.com;dlm@trustesolutions.net
              Patti H. Bass    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                             TOTAL: 3
```