**The below described is SIGNED.**

**Dated: March 20, 2015**



**JOEL T. MARKER**
**U.S. Bankruptcy Judge**



_jlt_

David L. Miller 3736
Bankruptcy Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone (801) 447-8777
Facsimile (801) 447-8834
E-mail: davidlmillerpc@msn.com

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>MATTHEW CROOKSTON<br>ANGELA CROOKSTON<br><br><br><br>XXX-XXX-1936<br>XXX-XXX-2240<br>Debtor(s). | Case No. 12-29998-JTM<br>Chapter 7 |

### ORDER APPROVING APPLICATION FOR COMPENSATION AND
### REIMBURSEMENT OF EXPENSE AND TRUSTEE'S PROCEDURES

The Trustee filed a Final Report and Application for Compensation which has been reviewed by the United States Trustee. Notice of the Trustee's Final Report and notice of hearing has been given, if applicable, to all creditors and parties in interest and the Court has considered the Trustee's Final Report and Application for Compensation. The Court found that the Trustee has complied with all noticing and hearing requirements necessary to proceed with his final disbursement.

THE COURT HEREBY ORDERS that:

1. The Trustee's Application for Compensation is approved and the Trustee's Compensation in the amount of $1,465.04 and expenses in the amount of $13.79 are allowed as prayed; and

2. The Trustee is authorized to proceed with disbursement and thereafter abandon/destroy records of the estate.

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **Order Approving Application for Compensation and Reimbursement of Expense and Trustee's Procedures** shall be served to the parties and in the manner designated below:

**By Electronic Service**: I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

| | |
|---|---|
| David L. Miller, Trustee | davidlmillerpc@msn.com, ut09@ecfcbis.com; dlm@trustesolutions.com; dlm@trustesolutions.net |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

**By U. S. Mail:** In addition to the parties of receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

Matthew Crookston
2538 South 75 East
Clearfield, UT 84015

Angela Crookston
2538 South 75 East
Clearfield, UT 84015

/s/ Denise McRae