**The below described is SIGNED.**




**Dated: March 20, 2015**

JOEL T. MARKER
U.S. Bankruptcy Judge

_jlt_

David L. Miller 3736
Bankruptcy Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone (801) 447-8777
Facsimile (801) 447-8834
E-mail: davidlmillerpc@msn.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| In re:<br><br>MATTHEW CROOKSTON<br>ANGELA CROOKSTON<br><br><br><br>XXX-XXX-1936<br>XXX-XXX-2240<br>Debtor(s). | Case No. 12-29998-JTM<br>Chapter 7 |
|---|---|

**ORDER APPROVING APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSE AND TRUSTEE'S PROCEDURES**

The Trustee filed a Final Report and Application for Compensation which has been reviewed by the United States Trustee. Notice of the Trustee's Final Report and notice of hearing has been given, if applicable, to all creditors and parties in interest and the Court has considered the Trustee's Final Report and Application for Compensation. The Court found that the Trustee has complied with all noticing and hearing requirements necessary to proceed with his final disbursement.

THE COURT HEREBY ORDERS that:

Entered On Docket: 03/23/2015

1. The Trustee's Application for Compensation is approved and the Trustee's Compensation in the amount of $1,465.04 and expenses in the amount of $13.79 are allowed as prayed; and

2. The Trustee is authorized to proceed with disbursement and thereafter abandon/destroy records of the estate.

### DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **Order Approving Application for Compensation and Reimbursement of Expense and Trustee's Procedures** shall be served to the parties and in the manner designated below:

**By Electronic Service**:  I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

| | |
|---|---|
| David L. Miller, Trustee | davidlmillerpc@msn.com,  ut09@ecfcbis.com; dlm@trustesolutions.com; dlm@trustesolutions.net |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

**By U. S. Mail:**  In addition to the parties of receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

Matthew Crookston
2538 South 75 East
Clearfield, UT 84015

Angela Crookston
2538 South 75 East
Clearfield, UT 84015

/s/ Denise McRae

Case 12-29998    Doc 35    Filed 03/25/15    Entered 03/25/15 22:47:13    Desc Imaged
Certificate of Notice    Page 3 of 3


United States Bankruptcy Court
District of Utah

In re:                                                                  Case No. 12-29998-JTM
Matthew Crookston                                                       Chapter 7
Angela Crookston
        Debtors

# CERTIFICATE OF NOTICE

District/off: 1088-2        User: gci            Page 1 of 1            Date Rcvd: Mar 23, 2015
                            Form ID: pdfor1      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2015.
db/jdb         +Matthew Crookston,   Angela Crookston,   2538 South 75 East,   Clearfield, UT 84015-1949

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2015 at the address(es) listed below:
              David L. Miller    tr    davidlmillerpc@msn.com,
               ut09@ecfcbis.com;dlm@trustesolutions.com;dlm@trustesolutions.net
              Patti H. Bass    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                            TOTAL: 3