UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH
SALT LAKE CITY DIVISION

| In re: | § | Case No. 12-29998-JTM |
|---|---|---|
| | § | |
| MATTHEW CROOKSTON | § | |
| ANGELA CROOKSTON | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David L. Miller, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $193,439.00 | Assets Exempt: | $40.00 |
| Total Distributions to Claimants: | $5,564.42 | Claims Discharged Without Payment: | $748,832.47 |
| Total Expenses of Administration: | $1,585.94 | | |

3) Total gross receipts of $7,150.36 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $7,150.36 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,600.00 | $695.21 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,589.73 | $1,589.73 | $1,585.94 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $767,410.88 | $32,303.30 | $32,303.30 | $5,564.42 |
| **Total Disbursements** | $769,010.88 | $34,588.24 | $33,893.03 | $7,150.36 |

4). This case was originally filed under chapter 7 on 08/03/2012. The case was pending for 34 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/22/2015          By:    /s/ David L. Miller
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2011 tax refunds | 1224-000 | $2,351.36 |
| 2012 Tax Refund - Federal | 1224-000 | $4,799.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,150.36** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | West Park Village Homeowners Association | 4110-000 | $1,600.00 | $695.21 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,600.00** | **$695.21** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David L. Miller, Trustee | 2100-000 | NA | $1,465.04 | $1,465.04 | $1,465.04 |
| David L. Miller, Trustee | 2200-000 | NA | $17.58 | $17.58 | $13.79 |
| International Sureties, Ltd. | 2300-000 | NA | $5.57 | $5.57 | $5.57 |
| Integrity Bank | 2600-000 | NA | $101.54 | $101.54 | $101.54 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$1,589.73** | **$1,589.73** | **$1,585.94** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $5,033.29 | $4,033.29 | $4,033.29 | $694.76 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | $3,500.00 | $968.27 | $968.27 | $166.79 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | $3,500.00 | $1,855.33 | $1,855.33 | $319.59 |
| 4 | AMERICA FIRST CREDIT UNION | 7100-000 | $25,000.00 | $20,126.82 | $20,126.82 | $3,466.95 |
| 5 | Capital One NA | 7100-000 | $3,500.00 | $559.34 | $559.34 | $96.35 |
| 6 | Capital Recovery V, LLC | 7100-000 | $1,626.00 | $926.71 | $926.71 | $159.63 |
| 7 | American InfoSource LP as agent for | 7100-000 | $0.00 | $577.78 | $577.78 | $99.53 |
| 8 | Portfolio Recovery Associates, LLC | 7100-000 | $1,608.00 | $1,208.96 | $1,208.96 | $208.25 |
| 9 | Bureaus Investment Group Portfolio No 15 LLC | 7100-000 | $1,550.00 | $2,046.80 | $2,046.80 | $352.57 |
| | ALLIED INTERSTATE INC. | 7100-000 | $1,442.00 | $0.00 | $0.00 | $0.00 |
| | AMERICA FIRST CREDIT UNION | 7100-000 | $96,298.00 | $0.00 | $0.00 | $0.00 |
| | AMERICAN EXPRESS | 7100-000 | $17,500.00 | $0.00 | $0.00 | $0.00 |
| | BAC HOME LNS LP/CTRYWDE | 7100-000 | $143,015.00 | $0.00 | $0.00 | $0.00 |
| | BANK OF AMERICA | 7100-000 | $158,015.00 | $0.00 | $0.00 | $0.00 |
| | BEST BUY | 7100-000 | $3,021.00 | $0.00 | $0.00 | $0.00 |
| | BONNEVILLE BILLING | 7100-000 | $724.00 | $0.00 | $0.00 | $0.00 |
| | CASH LLC | 7100-000 | $3,701.00 | $0.00 | $0.00 | $0.00 |
| | CBUSASEARS | 7100-000 | $19,800.00 | $0.00 | $0.00 | $0.00 |
| | CHASE | 7100-000 | $142,107.00 | $0.00 | $0.00 | $0.00 |
| | CHASE CARD SERVICES | 7100-000 | $18,491.00 | $0.00 | $0.00 | $0.00 |
| | CHILDRENS PL/CBSD | 7100-000 | $1,800.00 | $0.00 | $0.00 | $0.00 |
| | CITICARDS CBNA | 7100-000 | $22,120.00 | $0.00 | $0.00 | $0.00 |
| | DISCOVER | 7100-000 | $14,100.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| FINANCIAL SVCS LLC |  |  |  |  |  |
| EDDIE BAUER | 7100-000 | $1,236.00 | $0.00 | $0.00 | $0.00 |
| ER SOLUTIONS | 7100-000 | $1,442.00 | $0.00 | $0.00 | $0.00 |
| EXPRESS RECOVERY | 7100-000 | $1,088.00 | $0.00 | $0.00 | $0.00 |
| GECRB/LOWES | 7100-000 | $15,960.00 | $0.00 | $0.00 | $0.00 |
| GECRB/ULTIMATE ELECTRONICS | 7100-000 | $12,900.00 | $0.00 | $0.00 | $0.00 |
| HSBC SUZUKI REV | 7100-000 | $15,224.00 | $0.00 | $0.00 | $0.00 |
| IC SYSTEMS | 7100-000 | $688.00 | $0.00 | $0.00 | $0.00 |
| INTERMOUNTAIN HEALTH CARE | 7100-000 | $4,501.00 | $0.00 | $0.00 | $0.00 |
| KOHLS | 7100-000 | $2,644.00 | $0.00 | $0.00 | $0.00 |
| MACYS/DSNB | 7100-000 | $6,500.00 | $0.00 | $0.00 | $0.00 |
| NEW YORK AND COMPANY | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| OFFICE MAX | 7100-000 | $1,400.00 | $0.00 | $0.00 | $0.00 |
| STONELEIGH RECOVERY | 7100-000 | $2,898.59 | $0.00 | $0.00 | $0.00 |
| THE BUREAUS | 7100-000 | $2,868.00 | $0.00 | $0.00 | $0.00 |
| THE HOME DEPOT | 7100-000 | $4,700.00 | $0.00 | $0.00 | $0.00 |
| WELLS FARGO | 7100-000 | $4,910.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  | $767,410.88 | $32,303.30 | $32,303.30 | $5,564.42 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 12-29998-JTM | Trustee Name: | David L. Miller |
|---|---|---|---|
| Case Name: | CROOKSTON, MATTHEW AND CROOKSTON, ANGELA | Date Filed (f) or Converted (c): | 08/03/2012 (f) |
| For the Period Ending: | 6/22/2015 | §341(a) Meeting Date: | 12/05/2012 |
| | | Claims Bar Date: | 06/13/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2012 Tax Refund - Federal **(u)** | $0.00 | $4,799.00 | | $4,799.00 | FA |
| 2 | 2011 tax refunds **(u)** | $0.00 | $2,351.36 | | $2,351.36 | FA |
| 3 | Home  Location: 2538 s 75 e, Clearfield UT 84015 | Unknown | $0.00 | | $0.00 | FA |
| 4 | COUCH, TABLE, TV | $200.00 | $0.00 | | $0.00 | FA |
| 5 | DINING TABLE, PLATES, UTENSILS | $150.00 | $0.00 | | $0.00 | FA |
| 6 | 4 BEDS, 5 DRESSERS | $550.00 | $0.00 | | $0.00 | FA |
| 7 | CHILDRENS CLOTHING ADULTS CLOTHING | $400.00 | $0.00 | | $0.00 | FA |
| 8 | 1998 chevy malibu | $850.00 | $0.00 | | $0.00 | FA |
| 9 | 2005 SUZUKI 400 ATV  Location: 2538 s 75 e, Clearfield UT 84015 | $3,799.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                                    **Gross Value of Remaining Assets**

|  | $5,949.00 | $7,150.36 | | $7,150.36 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**
Collect and review 2012 tax returns and any possible refunds.
Prepared Motion for Turnover. Waiting on IRS. TFR; TDR.

| **Initial Projected Date Of Final Report (TFR):** | 12/15/2014 | /s/ DAVID L. MILLER |
|---|---|---|
| **Current Projected Date Of Final Report (TFR):** | 12/31/2015 | DAVID L. MILLER |

| Case No. | 12-29998-JTM | Trustee Name: | David L. Miller |
|---|---|---|---|
| Case Name: | CROOKSTON, MATTHEW AND CROOKSTON, ANGELA | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***1087 | Checking Acct #: | ******9998 |
| Co-Debtor Taxpayer ID #: | **-***1088 | Account Title: | |
| For Period Beginning: | 8/3/2012 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 6/22/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/06/2013 | (2) | Crookston - US Treasury | 2011 Federal tax refund | 1224-000 | $2,351.36 | | $2,351.36 |
| 03/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.56 | $2,348.80 |
| 04/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.66 | $2,345.14 |
| 05/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.78 | $2,341.36 |
| 06/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.65 | $2,337.71 |
| 07/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.77 | $2,333.94 |
| 08/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.76 | $2,330.18 |
| 09/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.63 | $2,326.55 |
| 10/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.75 | $2,322.80 |
| 11/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.62 | $2,319.18 |
| 12/10/2013 | 201 | International Sureties, Ltd. | Blanket Bond #016027974 | 2300-000 | | $3.60 | $2,315.58 |
| 12/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.73 | $2,311.85 |
| 01/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.72 | $2,308.13 |
| 02/28/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.36 | $2,304.77 |
| 03/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.71 | $2,301.06 |
| 04/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.59 | $2,297.47 |
| 05/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.70 | $2,293.77 |
| 06/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.58 | $2,290.19 |
| 07/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.69 | $2,286.50 |
| 08/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.68 | $2,282.82 |
| 09/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.56 | $2,279.26 |
| 10/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.67 | $2,275.59 |
| 11/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.55 | $2,272.04 |
| 12/04/2014 | 202 | International Sureties, Ltd. | Bond # 016027974 | 2300-000 | | $1.97 | $2,270.07 |
| 12/30/2014 | (1) | Crookston - US Treasury | 2012 Federal tax refund | 1224-000 | $4,799.00 | | $7,069.07 |
| 12/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $4.16 | $7,064.91 |
| 01/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $11.39 | $7,053.52 |
| 02/28/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $10.27 | $7,043.25 |
| 03/24/2015 | 203 | David L. Miller | Trustee Compensation - ORDER SIGNED 3/20/15 | 2100-000 | | $1,465.04 | $5,578.21 |
| 03/24/2015 | 204 | David L. Miller | Trustee Expenses - ORDER SIGNED 3/20/15 | 2200-000 | | $13.79 | $5,564.42 |
| 03/24/2015 | 205 | PYOD, LLC its successors and assigns as assignee | Final Account Number: ; Amount Allowed: 4,033.29; Distribution Dividend: 17.23; Amount Claimed: 4,033.29; Claim #: 1; Notes: ; Dividend: 9.86; | 7100-000 | | $694.76 | $4,869.66 |
| 03/24/2015 | 206 | Capital One Bank (USA), N.A. | Final Account Number: ; Amount Allowed: 968.27; Distribution Dividend: 17.23; Amount Claimed: 968.27; Claim #: 2; Notes: ; Dividend: 2.36; | 7100-000 | | $166.79 | $4,702.87 |
| | | | **SUBTOTALS** | | $7,150.36 | $2,447.49 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-29998-JTM | Trustee Name: | David L. Miller |
|---|---|---|---|
| Case Name: | CROOKSTON, MATTHEW AND CROOKSTON, ANGELA | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***1087 | Checking Acct #: | ******9998 |
| Co-Debtor Taxpayer ID #: | **-***1088 | Account Title: | |
| For Period Beginning: | 8/3/2012 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 6/22/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/24/2015 | 207 | Capital One Bank (USA), N.A. | Final Account Number: ; Amount Allowed: 1,855.33; Distribution Dividend: 17.23; Amount Claimed: 1,855.33; Claim #: 3; Notes: ; Dividend: 4.53; | 7100-000 | | $319.59 | $4,383.28 |
| 03/24/2015 | 208 | AMERICA FIRST CREDIT UNION | Final Account Number: ; Amount Allowed: 20,126.82; Distribution Dividend: 17.23; Amount Claimed: 20,126.82; Claim #: 4; Notes: (4-1) MONEY LOANED; Dividend: 49.22; | 7100-000 | | $3,466.95 | $916.33 |
| 03/24/2015 | 209 | Capital One NA | Final Account Number: ; Amount Allowed: 559.34; Distribution Dividend: 17.23; Amount Claimed: 559.34; Claim #: 5; Notes: ; Dividend: 1.36; | 7100-000 | | $96.35 | $819.98 |
| 03/24/2015 | 210 | Capital Recovery V, LLC | Final Account Number: ; Amount Allowed: 926.71; Distribution Dividend: 17.23; Amount Claimed: 926.71; Claim #: 6; Notes: ; Dividend: 2.26; | 7100-000 | | $159.63 | $660.35 |
| 03/24/2015 | 211 | American InfoSource LP as agent for | Final Account Number: ; Amount Allowed: 577.78; Distribution Dividend: 17.23; Amount Claimed: 577.78; Claim #: 7; Notes: ; Dividend: 1.41; | 7100-000 | | $99.53 | $560.82 |
| 03/24/2015 | 212 | Portfolio Recovery Associates, LLC | Final Account Number: ; Amount Allowed: 1,208.96; Distribution Dividend: 17.23; Amount Claimed: 1,208.96; Claim #: 8; Notes: ; Dividend: 2.95; | 7100-000 | | $208.25 | $352.57 |
| 03/24/2015 | 213 | Bureaus Investment Group Portfolio No 15 LLC | Final Account Number: ; Amount Allowed: 2,046.80; Distribution Dividend: 17.23; Amount Claimed: 2,046.80; Claim #: 9; Notes: ; Dividend: 5.00; | 7100-000 | | $352.57 | $0.00 |

| | | | | **SUBTOTALS** | $0.00 | $4,702.87 |

| Case No. | 12-29998-JTM | | Trustee Name: | David L. Miller |
|---|---|---|---|---|
| Case Name: | CROOKSTON, MATTHEW AND CROOKSTON, ANGELA | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***1087 | | Checking Acct #: | ******9998 |
| Co-Debtor Taxpayer ID #: | **-***1088 | | Account Title: | |
| For Period Beginning: | 8/3/2012 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 6/22/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $7,150.36 | $7,150.36 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $7,150.36 | $7,150.36 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $7,150.36 | $7,150.36 | |

**For the period of 8/3/2012 to 6/22/2015**

| | |
|---|---|
| Total Compensable Receipts: | $7,150.36 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,150.36 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,150.36 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,150.36 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/06/2013 to 6/22/2015**

| | |
|---|---|
| Total Compensable Receipts: | $7,150.36 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,150.36 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,150.36 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,150.36 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| **Case No.** | 12-29998-JTM | **Trustee Name:** | David L. Miller |
| --- | --- | --- | --- |
| **Case Name:** | CROOKSTON, MATTHEW AND CROOKSTON, ANGELA | **Bank Name:** | Integrity Bank |
| **Primary Taxpayer ID #:** | **-***1087 | **Checking Acct #:** | ******9998 |
| **Co-Debtor Taxpayer ID #:** | **-***1088 | **Account Title:** | |
| **For Period Beginning:** | 8/3/2012 | **Blanket bond (per case limit):** | $1,000,000.00 |
| **For Period Ending:** | 6/22/2015 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- |
| | $7,150.36 | $7,150.36 | $0.00 |

**For the period of 8/3/2012 to 6/22/2015**

| | |
| --- | --- |
| Total Compensable Receipts: | $7,150.36 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,150.36 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,150.36 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,150.36 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/03/2012 to 6/22/2015**

| | |
| --- | --- |
| Total Compensable Receipts: | $7,150.36 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,150.36 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,150.36 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,150.36 |
| Total Internal/Transfer Disbursements: | $0.00 |